

EDC 2-830sA (v.6.08) (Continued)

| In re<br>Daniel Major Edstrom | **FILED**<br>APR 2 5 2013<br>kmis<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>Debtor(s). | Bankruptcy Case No.<br>12-29353 - B - 11 |
|---|---|---|
| Daniel Major Edstrom<br><br>Plaintiff(s),<br>v.<br>Auburn Lake Trails Property Owners Association et al.<br>Defendant(s). | | Adversary Proceeding No.<br>13-02132 - B |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on _4-19-2013_, by:

___ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

**X** PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at: _Auburn Lake Trail_
_Kevin Hubred_   _1400 American River rd_
___ RESIDENCE SERVICE: By leaving the process with the following adult at:  _Cool, CA 95614_

___ PUBLICATION: The defendant was served as follows [describe briefly]:

___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

_4-19-2013_
Date          Signature

Print Name: _Rick Ensminger_
Business Address: _General Delivery_
City, State, Zip: _Fair Oaks, CA 95628_

EDC 2-830sA (v.6.08)  (Continued)

| | |
|---|---|
| In re<br><br>Daniel Major Edstrom<br><br>                                                    Debtor(s). | **Bankruptcy Case No.**<br><br>12-29353 – B – 11 |
| Daniel Major Edstrom<br><br>                                                    Plaintiff(s),<br><br>v.<br>Auburn Lake Trails Property Owners Association<br>Allied Trustee Services<br>G&P Enterprises<br><br>                                                    Defendant(s). | **Adversary Proceeding No.**<br><br>13-02132 – B |