EDC 2-830sA (v.6.08) (Continued)

| In re<br>Daniel Major Edstrom | FILED<br>APR 2 5 2013<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>Debtor(s). | Bankruptcy Case No.<br>12-29353 - B - 11 |
|---|---|---|
| Daniel Major Edstrom<br><br>Plaintiff(s),<br>v.<br>Auburn Lake Trails Property Owners Association et al.<br>Defendant(s). | | Adversary Proceeding No.<br>13-02132 - B |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on 4-19-2013 by:

___ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:


X PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

Josephine Harter  990 Reserve Dr. Ste 208, Roseville, CA 95678

___ RESIDENCE SERVICE: By leaving the process with the following adult at:  6 & P Enterprises LLC


___ PUBLICATION: The defendant was served as follows [describe briefly]:


___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:


Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 4-19-2013        Signature: _____

Print Name: Rick Ensminger
Business Address: General Delivery
City, State, Zip: Fair Oaks, CA 95628

EDC 2-830sA (v.6.08)  (Continued)

| In re<br><br>Daniel Major Edstrom<br><br>                                                        Debtor(s). | **Bankruptcy Case No.**<br><br>12-29353 − B − 11 |
|---|---|
| Daniel Major Edstrom<br><br>                                                        Plaintiff(s),<br><br>V.<br>Auburn Lake Trails Property Owners Association<br>Allied Trustee Services<br>G&P Enterprises<br><br>                                                        Defendant(s). | **Adversary Proceeding No.**<br><br>13-02132 − B |