Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email:  *larry@glennwechsler.com*

Attorneys for Defendant
G & P ENTERPRISES, LLC, d/b/a
ALLIED TRUSTEE SERVICES

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL MAJOR EDSTROM,<br><br>    Debtor and Debtor in Possession.<br><br>DANIEL MAJOR EDSTROM,<br><br>    Plaintiff,<br>vs.<br><br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION, a California non-profit mutual benefit corporation, et al.,<br><br>    Defendants. | Case No.:    12-29353-B-11<br>Adv. No.:    13-02132-B<br><br>Docket Control No.: LDH-1<br><br>Chapter 11<br><br>Assigned to: Hon. Thomas C. Holman,<br>              U. S. Bankruptcy Judge<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1** |

Case 13-02132    Filed 05/22/13    Doc 13

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned, counsel of record for Defendant G & P ENTERPRISES, LLC, d/b/a ALLIED TRUSTEE SERVICES ("Defendant"), hereby certifies that there are no corporations or corporate entities that own, directly or indirectly, 10% or more of any class of Defendant's equity interests.

DATED: May 22, 2013         LAW OFFICES OF GLENN H. WECHSLER

                            By:  */s/ Lawrence D. Harris*
                                 LAWRENCE D. HARRIS

G:\Larry\Allied\Edstrom\Corporate Disclosure.doc