```
 1  Glenn H. Wechsler, State Bar No. 118456
    Lawrence D. Harris, State Bar No. 153350
 2  LAW OFFICES OF GLENN H. WECHSLER
    1646 N. California Blvd., Suite 450
 3  Walnut Creek, California  94596
    Telephone: (925) 274-0200
 4  Email:  larry@glennwechsler.com

 5  Attorneys for Defendant
    G & P ENTERPRISES, LLC, d/b/a
 6  ALLIED TRUSTEE SERVICES

 7
                    IN THE UNITED STATES BANKRUPTCY COURT
 8
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION
11
```

| | | |
|---|---|---|
| 12 | In re: | Case No.: 12-29353-B-11 |
| | | Adv. No.: 13-02132-B |
| 13 | DANIEL MAJOR EDSTROM, | |
| | | Docket Control No.: LDH-1 |
| 14 | | |
| | Debtor. | Chapter 11 |
| 15 | | |
| 16 | DANIEL MAJOR EDSTROM, | |
| 17 | | **CERTIFICATE OF SERVICE** |
| | Plaintiff, | |
| 18 | vs. | Date:   June 19, 2013 |
| | | Time:   9:30 a.m. |
| 19 | | Ctrm:   32, 6th Floor |
| | AUBURN LAKE TRAILS PROPERTY | Dept:   B |
| 20 | OWNERS ASSOCIATION, a California non- | |
| | profit mutual benefit corporation, et al., | Hon. Thomas C. Holman, U.S. |
| 21 | | Bankruptcy Judge |
| 22 | Defendants. | |

```
23
24  _____
25
26  ///
27  ///
28  ///
```

CERTIFICATE OF SERVICE – PAGE 1 OF 3
ADV. PROC. NO.: 13-02132-B

I, KATIE NOLAN, declare that:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1646 N. California Blvd, Ste. 450, Walnut Creek, California 94596.

On May 29, 2013, I served the within

- **JOINT STATUS CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE**

on the interested parties in this action by placing true and correct copies in the United States Mail at Walnut Creek, California, addressed as follows:

[X]     (By E-Mail) through the Court's ECF Program

[X]     (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Walnut Creek, California.

[X]     (By Mail [State]) I am readily familiar with the Law Offices of Glenn H. Wechsler's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[X]     Executed on May 29, 2013, at WALNUT CREEK, California.

[X]     (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]     (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

_____
KATIE NOLAN

ADV. PROC. NO.: 13-02132- B
DEBTOR: DANIEL MAJOR EDSTROM

INTERESTED PARTIES

**SERVICE BY MAIL:**

**Daniel Major Edstrom**
2690 Brown Bear Ct.
Cool, CA 95614-2413
**Debtor**

G:\Katie\Proofs of Service\Certificate of Service\Bankruptcy Court\COS - Allied Edstrom- Bankruptcy Court Eastern District - Judge Holman.doc

CERTIFICATE OF SERVICE – PAGE 3 OF 3
ADV. PROC. NO.: 13-02132-B