

```
                                                            FILED
                                                          JUL -8 2013
1  DANIEL MAJOR EDSTROM
2  2690 BROWN BEAR COURT                            UNITED STATES BANKRUPTCY COURT
   COOL, CA 95614                                    EASTERN DISTRICT OF CALIFORNIA
3  TEL: 916/207-6706 | FAX: 888/552-2503
   E-Mail: dmedstrom@hotmail.com
4
                                                              WLOS
5  Plaintiff and Debtor-in-Possession
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, ) | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. ) | CHAPTER 11 |
| ) | A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others ) similarly situated, ) | DC NO. DME-1 |
| Plaintiffs, ) | NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT; |
| v. ) | |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, ) | Hearing: Date: July 23, 2013 Time: 9:32 a.m. Ctrm.: 32 Dept: B |
| Defendants. ) | Hon. Thomas C. Holman 501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

-1-
NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY
OWNERS ASSOCIATION'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT

1  COMES NOW, DANIEL MAJOR EDSTROM ("Edstrom" or "Plaintiffs") as Plaintiffs request
2  that all parties PLEASE TAKE NOTICE that on July 23, 2013, at 9:32 a.m., or as soon thereafter
3  as the matter may be heard, in Courtroom 32, of the above entitled Court located at 501 I Street,
4  6th Floor, Sacramento, CA before the Honorable Thomas C. Holman, plaintiff's respectfully
5  object to and oppose the Motion of Defendant AUBURN LAKE TRAILS PROPERTY
6  OWNERS ASSOCIATION ("association" or "ALT") for an Order dismissing the Adversary
7  Proceeding, or in the alternative for a more definite statement. At that time Plaintiff's will
8  oppose defendant's motion, and seek an order:
9  Denying Defendants motion to dismiss Plaintiffs Adversary Proceeding or, in the alternative for
10  a more definite statement, and granting Plaintiffs objection and opposition.
11     Plaintiffs Objection and Opposition is based on this Notice of Hearing, the accompanying
12  motion, the memorandum of Points & Authorities, the pleadings, papers and records on file in
13  this action, and such oral argument as may be presented at the time of the hearing.
14  Dated: July 8, 2013                              Respectfully submitted,

            *[signature: Daniel Edstrom]*
16                                                  DANIEL EDSTROM,
                                                    Plaintiff and Debtor-in-possession