

| | |
|---|---|
| 1<br>2<br>3<br>4 | DANIEL MAJOR EDSTROM<br>2690 BROWN BEAR COURT<br>COOL, CA 95614<br>TEL: 916/207-6706 \| FAX: 888/552-2503<br>Plaintiff and Debtor-in-Possession |

**FILED**

JUL - 8 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

WLOS

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>　　Debtor-in-possession.<br>_____<br><br>**DANIEL MAJOR EDSTROM, and all others similarly situated,**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, a Fictitious or Ghost Entity; G&P ENTERPRISES, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100,**<br><br>　　　　Defendants. | CASE NO.: 12-29353-B-11<br><br>CHAPTER 11<br><br>A.P. NO. 13-02132-B<br><br>DC NO. DME-1<br><br>**CERTIFICATION OF SERVICE**<br><br>Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B<br><br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

## CERTIFICATION OF SERVICE

-1-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

| | |
|---|---|
| 1 | Case Name and Number: |
| 2 | In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11, Adversary Proceeding |
| 3 | 13-02132-B. |
| 4 | I, James Macklin, declare: |
| 5 | I am not a party to this action, and my employment address is: |
| 6 | 935 Lincoln Way #303 Auburn, CA 95603 |
| 7 | |
| 8 | On July 8, 2013, I served: |
| 9 | |
| 10 | 1. **NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS;** |
| 11 | 2. **PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS;** |
| 12 | 3. **MEMORANDUM OF POINTS AND AUTHORITIES;** |
| 13 | on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) |
| 14 | in the following manner: |
| 15 | ____ (BY MAIL) I am readily familiar with the business' practice for collection and processing |
| 16 | of correspondence for mailing with the United States Postal Service, and that I caused each of |
| 17 | the above document(s) to be placed in a sealed envelope, with first class postage thereon fully |
| 18 | prepaid, and deposited with the United States Postal Service this same day in the ordinary course |
| 19 | of business at my place of employment, addressed as follows: |
| 20 | |
| 21 | See attached exhibit |
| 22 | |
| 23 | ____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed |
| 24 | in a sealed envelope for use designated by and deposited with [name of express carrier], for |
| 25 | overnight delivery with delivery fees fully prepaid, addressed as follows: |
| 26 | ____ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents |
| 27 | to be transmitted by electronic email device with from email address sdrinvest@gmail.com this |
| 28 | same date to the offices of the following: |

-2-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

1  _____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each
2  of the above documents, sealed in an envelope, to the offices of the following:
3  _____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be
4  transmitted by facsimile device this same date to the offices of the following:
5        I, James Macklin, declare under penalty of perjury under the laws of the State of
6  California that the foregoing is true and correct.
7  Dated: July 8, 2013

9  By: _____
        Declarant (name and signature)

-3-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

Bradley J. Epstein and Susana C. Cendajas
Angius & Terry LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
**Attorneys for Auburn Lake Trails POA**

Glenn H. Wechsler and Lawrence D. Harris
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd, Suite 450
Walnut Creek, CA 94596
**Attorneys for G&P Enterprises LLC**