

```
 1  DANIEL MAJOR EDSTROM
 2  2690 BROWN BEAR COURT
    COOL, CA  95614
 3  TEL:  916/207-6706 | FAX:  888/552-2503
    E-Mail: dmedstrom@hotmail.com
 4
 5  Plaintiff and Debtor-in-Possession
```

**FILED**

JUL -8 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

WLOS

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, <br><br> Debtor-in-possession. | CASE NO.: 12-29353-B-11 <br><br> CHAPTER 11 <br><br> A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, <br><br> Defendants. | DC NO. DME-2 <br><br> NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANT G&P ENTERPRISE LLC'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT; <br><br> Hearing: <br> Date: July 23, 2013 <br> Time: 9:32 a.m. <br> Ctrm.: 32 <br> Dept: B <br><br> Hon. Thomas C. Holman <br> 501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

COMES NOW, DANIEL MAJOR EDSTROM ("Edstrom" or "Plaintiffs") as Plaintiffs request that all parties PLEASE TAKE NOTICE that on July 23, 2013, at 9:32 a.m., or as soon thereafter

-1-
NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANT G&P ENTERPRISE LLC'S MOTION TO DISMISS
OR FOR A MORE DEFINITE STATEMENT

Case 13-02132   Filed 07/08/13   Doc 23

as the matter may be heard, in Courtroom 32, of the above entitled Court located at 501 I Street, 6th Floor, Sacramento, CA before the Honorable Thomas C. Holman, plaintiff's respectfully object to and oppose the Motion of Defendant G&P Enterprise LLC's ("**G&P**" or "**Trustee**") for an Order dismissing the Adversary Proceeding, or in the alternative for a more definite statement. At that time Plaintiff's will oppose defendant's motion, and seek an order: Denying Defendants motion to dismiss Plaintiffs Adversary Proceeding or, in the alternative for a more definite statement, and granting Plaintiffs objection and opposition.

Plaintiffs Objection and Opposition is based on this Notice of Hearing, the accompanying motion, the memorandum of Points & Authorities, the pleadings, papers and records on file in this action, and such oral argument as may be presented at the time of the hearing.

Dated: July 8, 2013

Respectfully submitted,

_/s/ Daniel Edstrom_
DANIEL EDSTROM,
Plaintiff and Debtor-in-possession