

| | |
|---|---|
| 1  DANIEL MAJOR EDSTROM | FILED |
| 2  2690 BROWN BEAR COURT | |
|    COOL, CA  95614 | JUL - 9 2013 |
| 3  TEL:  916/207-6706 | |
|    Plaintiff and Debtor-in-Possession | UNITED STATES BANKRUPTCY COURT |
| 4 | EASTERN DISTRICT OF CALIFORNIA |

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. | CHAPTER 11 |
| | A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, | DC NO. DME-1 |
| Plaintiffs, | PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS; |
| v. | |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, | Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B |
| Defendants. | Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

-1-
PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT AUBURN LAKE TRAIL's MOTION TO DISMISS

COMES NOW, DANIEL MAJOR EDSTROM ("**Edstrom**" or "**Plaintiff**") as Plaintiffs request that all parties PLEASE TAKE NOTICE that Plaintiff hereby respectfully objects to and opposes DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S ("**ALT**") MOTION TO DISMISS based on the following:

Pursuant to the new Federal Rules, an answer or motion to strike or dismiss must be filed within 21 days. See Fed. R. Civ. Pro. 12(a)(1)(A)(i), 12(b), and 12(f). In fact the summons to ALT was served on April 19, 2013 (Edstrom Decl ¶ 12) and ALT's motion to dismiss was filed on May 17, 2013 (Edstrom Decl ¶ 14).

Additionally pursuant to the United States Bankruptcy Court in and for the Eastern District of California's local rules, specifically local rule 9014-1(d)(6), Defendant ALT's motion must be supported by evidence. The motion is not supported by evidence.

Defendant's motion is defective in that it has no factual basis as there was no declaration or affidavit to establish its evidence, if any. Thus there is nothing for the Court to consider.

For the reasons set forth above, Plaintiff respectfully requests that the defective motion be stricken from the record, that the defective motion be removed from the calendar, or that the motion be denied with prejudice. Additionally Plaintiff requests that this Court enter in the Defendants default as no timely answer or motion to Plaintiffs Adversary Proceeding was provided.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that the motion be stricken from the record, removed from the calendar or that the motion be denied with prejudice. Plaintiff respectfully requests that the Court enter in the Defendants default as no timely answer or motion to Plaintiffs Adversary Proceeding was provided.

Dated this 9th day of July, 2013

_____
DANIEL EDSTROM,

-2-
PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT AUBURN LAKE TRAIL's MOTION TO DISMISS

Plaintiff and Debtor-in-possession