

```
 1  DANIEL MAJOR EDSTROM
 2  2690 BROWN BEAR COURT
    COOL, CA  95614
 3  TEL:  916/207-6706 | FAX: 888/552-2503
    Plaintiff and Debtor-in-Possession
 4
 5
 6
 7
```

FILED
JUL - 9 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. | CHAPTER 11 |
| | A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, | DC NO. DME-1 |
| Plaintiffs, | CERTIFICATION OF SERVICE |
| v. | Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m. |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, a Fictitious or Ghost Entity; G&P ENTERPRISES, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, | Ctrm.: 32<br>Dept: B<br><br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |
| Defendants. | |

## CERTIFICATION OF SERVICE

-1-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

1  Case Name and Number:

2  In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11, Adversary Proceeding
3  13-02132-B.

4  I, James Macklin, declare:

5  I am not a party to this action, and my employment address is:

6  935 Lincoln Way #303 Auburn, CA 95603

7

8  On July 9, 2013, I served:

9
10  1. PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS;
11  2. DECLARATION OF DANIEL EDSTROM;

12  on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)
13  in the following manner:

14  __XX__ (BY MAIL) I am readily familiar with the business' practice for collection and
15  processing of correspondence for mailing with the United States Postal Service, and that I caused
16  each of the above document(s) to be placed in a sealed envelope, with first class postage thereon
17  fully prepaid, and deposited with the United States Postal Service this same day in the ordinary
18  course of business at my place of employment, addressed as follows:

19  See attached exhibit
20

21
22  ____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed
23  in a sealed envelope for use designated by and deposited with [name of express carrier], for
24  overnight delivery with delivery fees fully prepaid, addressed as follows:

25  ____ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents
26  to be transmitted by electronic email device with from email address sdrinvest@gmail.com this
27  same date to the offices of the following:

28  ____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each

-2-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

-3-

1  of the above documents, sealed in an envelope, to the offices of the following:

2  \_\_\_\_\_ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be

3  transmitted by facsimile device this same date to the offices of the following:

4  I, James Macklin, declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct and that this declaration was signed in Placer

6  County and the City of Auburn, California on July 9, 2013.

8  By: _____

9  Declarant (name and signature)

Case 13-02132   Filed 07/09/13   Doc 28

Bradley J. Epstein and Susana C. Cendajas
Angius & Terry LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
**Attorneys for Auburn Lake Trails POA**

Glenn H. Wechsler and Lawrence D. Harris
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd, Suite 450
Walnut Creek, CA 94596
**Attorneys for G&P Enterprises LLC**