

| | |
|---|---|
| 1 | DANIEL MAJOR EDSTROM |
| 2 | 2690 BROWN BEAR COURT<br>COOL, CA 95614 |
| 3 | TEL: 916/207-6706 |
| 4 | Plaintiff and Debtor-in-Possession |

FILED

JUL - 9 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. | CHAPTER 11 |
| | A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, | DC NO. DME-2 |
| Plaintiffs, | PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT G&P ENTERPRISE LLC'S MOTION TO DISMISS; |
| v. | |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, | Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B |
| Defendants. | Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento,<br>California 95814, Tel.: (916) 930-4473 |

-1-
PLAINTIFFS ADDITIONAL OPPOSITION TO DEFENDANT G&P ENTERPRISE LLC's MOTION TO DISMISS

1   COMES NOW, DANIEL MAJOR EDSTROM ("**Edstrom**" or "**Plaintiff**") as Plaintiffs
2   request that all parties PLEASE TAKE NOTICE that Plaintiff hereby respectfully objects to and
3   opposes DEFENDANT G&P ENTERPRISE LLC'S ("**G&P**") MOTION TO DISMISS based on
4   the following:

5   Pursuant to the new Federal Rules, an answer or motion to strike or dismiss must be filed
6   within 21 days. See Fed. R. Civ. Pro. 12(a)(1)(A)(i), 12(b), and 12(f). In fact the summons to
7   G&P was served on April 19, 2013 (Edstrom Decl ¶ 13) and ALT's motion to dismiss was filed
8   on May 20, 2013 (Edstrom Decl ¶ 15).

9   Additionally pursuant to the United States Bankruptcy Court in and for the Eastern
10  District of California's local rules, specifically local rule 9014-1(d)(6), Defendant G&P's motion
11  must be supported by evidence. The motion is not supported by declaration. A request for
12  judicial notice is included, but it only establishes that (i) G&P has filed its LLC with the
13  California Secretary of State; and (ii) that G&P has filed for the use of the fictitious name Allied
14  Trustee Services. No other evidentiary support by G&P has been provided.

15  Defendant's motion is defective in that it has no factual basis as there was no declaration
16  or affidavit to establish its evidence, if any (except for the very limited request for judicial notice
17  that is not relevant). Thus there is nothing for the Court to consider.

18  For the reasons set forth above, Plaintiff respectfully requests that the defective motion be
19  stricken from the record, that the defective motion be removed from the calendar, or that the
20  motion be denied with prejudice. Additionally Plaintiff requests that this Court enter in the
21  Defendants default as no timely answer or motion to Plaintiffs Adversary Proceeding was
22  provided.

23  **CONCLUSION**

24  For the reasons set forth above, Plaintiff respectfully requests that the motion be stricken
25  from the record, removed from the calendar or that the motion be denied with prejudice.
26  Plaintiff respectfully requests that the Court enter in the Defendants default as no timely answer
27  or motion to Plaintiffs Adversary Proceeding was provided.

28

Dated this 9th day of July, 2013

_____
DANIEL EDSTROM,
Plaintiff and Debtor-in-possession