

Case 13-02132    Filed 07/09/13    Doc 30

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706 | FAX: 888/552-2503
Plaintiff and Debtor-in-Possession

FILED

JUL - 9 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. | CHAPTER 11 |
| | A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, | DC NO. DME-2 |
| Plaintiffs, | DECLARATION OF DANIEL EDSTROM IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS MOTION TO DISMISS; |
| v. | |
| AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, | Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B |
| Defendants. | Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

I, DANIEL MAJOR EDSTROM, declare:

-1-
DECLARATION OF DANIEL EDSTROM

1.     I am the Plaintiff and the Debtor-in-possession in the above-entitled action. I have personal knowledge of the matters set forth herein. If called upon to testify as to these matters, I could and would competently testify to these matters.

2.     I am President and Senior Securitization Analyst for DTC Systems, Inc., as well as a Senior Securitization Analyst consultant for the Garfield Firm and attorney Neil F. Garfield. In the course of my business I provide research, analysis and opinion to attorneys across the country in regards to notes, security instruments, assignments, grants, substitutions of trustee, loan closings, negotiable instruments, guarantors, sureties, securitization vehicles, trusts and more as described below. I am not an attorney.

3.     My area of expertise is in the field of securitization. My qualifications and background have been added as Exhibit A to this declaration and I respectfully refer the Court to this document and fully incorporate it herein by this reference.

4.     Briefly, my area of expertise, based upon my knowledge, training and experience is in the field of information technology as a software architect, systems architect, database architect and web architect. In the course of my career I have acquired the ability to examine complex business documents and translate them into documents that can be understood by non-technical individuals. I have experience taking complex distributed systems, business requirements and models and reverse engineering them into easier to understand documents and models that are used by non-technical individuals.

5.     I have significant experience with the Fair Debt Collections Practices Act, the California Rosenthal Act and analyzing complex financial engineering transactions. This experience was made relevant to this case when, in April of 2012 I received communications from Auburn Lake Trail Property Owners Association ("ALT") and their agent G&P Enterprises LLC ("G&P").

6.     I am a resident of the ALT community and familiar with the Second Restated Declaration of Covenants, Conditions and Restrictions of Auburn Lake Trails ("CC&R's"). I entered into the CC&R's contract on or about April 10, 2004 when I acquired my property

DECLARATION OF DANIEL EDSTROM

located at 2690 Brown Bear Court Cool, CA 95614 ("**Subject Property**"), together with my non-filing spouse. The property Legal Description and APN number is:

> LOT 885, AS SHOWN ON THE "MAP OF AUBURN LAKE
> TRAILS UNIT 4", FILED MAY 8, 1970, IN BOOK E OF MAPS,
> PAGE 61, EL DORADO COUNTY RECORDS.
> ASSESSOR'S PARCEL NUMBER 073-141-03-100.

7.  I received a communication from G&P Enterprises LLC dated April 17, 2012 ("**Initial Communication**"). This Initial Communication was mailed through the United States postal service and contained my personal identifying information and my personal financial information for my member account with ALT. The first page of the Initial Communication stated on the first page in a combination of upper case and bold type as follows: "THE FULL AMOUNT OF **$1,340.54** IS DUE NO LATER THAN 05-17-2012 BEFORE 4:30 PM. IF PAYMENT IS NOT RECEIVED BY THAT DATE, THE ASSOCIATION SHALL PURSUE RECOVERY AGAINST YOU BY CIVIL ACTION IN SMALL CLAIMS COURT, NON-JUDICIAL FORECLOSURE, JUDICIAL FORECLOSURE, AND/OR ANY OTHER AVAILABLE LEGAL REMEDIES, AND YOU WILL BE RESPONSIBLE FOR ANY AND ALL ADDITIONAL COSTS AND FEES." At the time the communication was sent I did not owe ALT $1,340.54. The Initial Communication did not contain the name Allied Trustee Services, Inc. anywhere. The Initial Communication did not contain the name G&P Enterprises LLC anywhere.

8.  Auburn Lake Trails Property Owners Association Board of Directors are voted in every year, and every year they ratify and publish a "STATEMENT OF SIGNIFICANT POLICIES", such as the one dated May 1, 2012 in the 2012-2113[1] BUDGET INSERT to the ALT Trail Views newsletter published by the ALT Property Owners Association on April 2012 Vol. XXXVIII No. 10 ("**May 2012 ALT Insert**").

9.  The May 2012 ALT Insert shows the Collections Policy, titled "Delinquent Assessment Collection Policy Statement" (hereinafter "**Collections Policy**"). The Collections

---
[1] Note that the Collections Policy is for years 2012-2013. The years shown (2012-2113) are a scrivener's error.

-3-

1 Policy is substantially the same for years 2007, 2008, 2009, 2010, 2011, 2012 and 2013. At the time the Adversary Proceeding was filed, ALT is operating under the 2012-2013 Collections Policy.

10. The Collections Policy includes the following statement: "Therefore, the Board of Directors with regards to all delinquent assessment accounts has enacted the following procedures". Every year the Board of Directors, and each of them, ratifies the "Delinquent Assessment Collection Policy Statement". The "Delinquent Assessment Collection Policy Statement" states, inter alia, in paragraph 5: "If any portion of any such assessment or late charge remains unpaid sixty (60) days after the original due date thereof, the account will be referred to collection, whereby Allied Trustee Services, Inc. ("**Allied**") will be presented with a Declaration of Default detailing the amounts then delinquent together with a $75 collection administration charge added."

11. On April 18, 2013 I filed the above captioned Verified Adversary Proceeding.

12. On April 19, 2013 ALT was served the summons and adversary proceeding.

13. On April 19, 2013 G&P was served the summons and adversary proceeding.

14. On May 17, 2013 ALT filed a motion to dismiss for failure to state a claim, or in the alternative for a more definite statement.

15. On May 20, 2013 G&P filed a motion to dismiss adversary complaint for failure to state a claim.

16. No answer or motion under Rule 12 or otherwise was filed by ALT on or before 21 days after the summons and adversary proceeding was served.

17. No answer or motion under Rule 12 or otherwise was filed by G&P on or before 21 days after the summons and adversary proceeding was served.

18. I reviewed ALT's motion and it was not supported by declaration or any other evidence.

DECLARATION OF DANIEL EDSTROM

19. I reviewed G&P's motion and it was supported by a request for judicial notice that establishes that G&P was registered with the state of California, and that G&P filed fictitious business name statements. No declaration supports the motion or any other type of evidence.

20. Defendant's motion is defective in that it has no factual basis as there was no declaration or affidavit to establish its evidence, if any. Thus there is nothing for the Court to consider.

21. I have personal knowledge of the facts surrounding this case and the events as stated in the adversary proceeding and in my opposition to Defendant G&P's motion to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that this declaration was made on July 9, 2013 in the County of Placer and the City of Auburn, California.

*/s/ Daniel Edstrom*
DANIEL EDSTROM, declarant

# EXHIBIT A

DECLARATION OF DANIEL EDSTROM

# Resume of Daniel M Edstrom

## SPECIALIZED SKILLS

*SharePoint Technologies*

- Office SharePoint Server 2010 / 2007
- SharePoint Portal Server 2001 / 2003
- Windows SharePoint Services - all versions
- SharePoint Team Services

*RDBMS*

- Oracle 8i
- Transact SQL
- Database Design
- SQL Server – all versions
- Data Modeling

*Programming / Scripting Languages*

- .NET
- XML
- dbase/FoxPro
- C#
- XSLT
- DHTML
- ASP/ASP.NET
- ADO/ADO.NET
- VBA
- JavaScript
- Active Directory
- VB/VB.NET

*Other*

- Windows 2008 Server with Hyper-V
- Microsoft Virtual Server 2005
- Microsoft Team Foundation Server (TFS)
- All Versions of Microsoft Windows
- vmWare
- Microsoft Solutions Framework (MSF)
- Windows Rights Management Services

## SPECIALIZED TRAINING AND EXPERIENCE

- Bloomberg Terminal Loan Securitization and Securities Lookup starting February 2012
- Lewtan ABSNet Loan Securitization Lookup Starting August 2011
- Neil Garfield's Workshop for Attorneys in Foreclosure Defense January 2009 in Napa, CA
- Paid Guest Speaker at Neil Garfield's Expert Witness Workshop March 2010 in Phoenix, AZ
- Co-Presenter for Workshop for Attorneys in Foreclosure Defense December 2010 in Auburn, CA
- Co-Presenter for Workshop for Attorneys in Foreclosure Defense January 2011 in Anaheim, CA
- Co-Presenter for Workshop for Attorneys in Foreclosure Defense March 2011 in Emeryville, CA
- Co-Presenter for Workshop for Attorneys in Foreclosure Defense in Phoenix, AZ
- Co-Presenter for Workshop for Attorneys in Foreclosure Defense August 2012 in Emeryville, CA
- Co-Presenter for Workshop for Attorneys in Bankruptcy October 2012 in Auburn, CA

## PUBLICATIONS

- http://www.dtc-systems.com (Publisher / Editor)
- http://livinglies.wordpress.com (Contributor)
- Moods and Markets: A New Way to Invest in Good Times and in Bad (Author: Peter Atwater / Minyanville Media) (makes use of the Edstrom Securitization Diagram)
- F. Dana Winslow NYS Supreme Court Justice Before the House of Representatives December 2, 2010 on Causes and Effects of the Foreclosure Crisis (makes use of the Edstrom Securitization Diagram, now part of the Congressional record)

## EXPERT WITNESS TESTIMONY INCLUDING DEPOSITIONS

- Deposed by Defendants on 11/29/2011 in Reno, NV – Joseph and Mejia Jones vs. Wells Fargo Bank, N.A. et al, Second Judicial District Court of the State of Nevada in and for the County of Washoe, Case No. CV10-01660

## CERTIFICATIONS
- Microsoft Certified Systems Engineer (MCSE)

- Microsoft Certified Database Administrator (MCDBA)
- Microsoft Certified Technology Specialist (MCTS):
  - Microsoft Office SharePoint Server 2007: Configuration
  - Microsoft Windows SharePoint Services 3.0: Configuration
  - Microsoft Windows SharePoint Services 3.0: Application Development
- Microsoft Certified Professional + Internet (MCP + Internet)
- Microsoft Certified Professional in Systems Integration
- Microsoft Certified Product Specialist

**EXPERIENCE**

01/2012 to present
Garfield Firm, National
**Senior Securitization Analyst**

1. Provide securitization reports that identify which trust, entity or person is claiming ownership of a homeowners loan
2. Provide commentaries for Securitization Research Reports
3. Provide securitization research and analysis to Neil F. Garfield, Esq.
4. Securitization Loan Lookups using Lewtan ABSNet Loan Tool and Bloomberg Terminal

07/2010 to 12/31/2011
Garfield Firm, GTC|HONORS and Luminaq, Phoenix, AZ
**Senior Securitization Analyst**

1. Provide commentaries for Property Title Reports
2. Office SharePoint Server 2007 production support, development and testing
3. Provide securitization reports that identify which trust, entity or person is claiming ownership of a homeowners loan. The reports are integrated into Office SharePoint Server 2007 using SharePoint List integration with Microsoft Word.
4. Provide commentaries for Securitization Research Reports providing information from complex Wall Street financial engineering transactions
5. Provide securitization research and analysis to Neil F. Garfield, Esq.
6. Blueprints and Visio diagrams showing various components of complex Wall Street financial engineering transactions
7. Securitization Loan Lookups using Lewtan ABSNet Loan Tool and Bloomberg Terminal
8. Speaking engagements for attorneys in the area of securitization and lending. These seminars are approved by the State Bar of California and the State Bar of Arizona for MCLE credits for attorneys.

7/2009 to present
*DTC Systems, Inc.* Cool, CA
Senior Securitization Analyst

1. Chapter 11 Litigation Support and Analysis for Attorneys
2. Provide lawyers, paralegals, and other professionals with the information for where homeowners loans were securitized (what trust the homeowners loan was allegedly pooled into), including all available information regarding the securitization "deal"
3. Litigation support provided to attorneys nationwide involved in foreclosure actions
4. Reverse Engineering of complex financial engineering schemes used to create mortgage backed securities and asset backed securities
5. Failure Analysis of mortgage backed securities financial engineering
6. Models, diagrams, flowcharts and blue prints used to model and reverse engineer complex loan and securities transactions
7. Importing and storing large amounts of data regarding complex Wall Street financial engineering transactions into SharePoint. This includes Securities and Exchange Commission documentation, such as Prospectus Supplements, Pooling and Servicing Agreements, etc. as well as loan level files
8. Speaking engagements for attorneys in the area of securitization and lending. These seminars are approved by the State Bar of California and the State Bar of Arizona for MCLE credits for attorneys.

06/2009 to 05/2010
*Jamba Juice.* Emeryville, CA

SharePoint Architect/Developer (Consultant)

1. Performed assessment of current Office SharePoint Server 2007 environment
2. Designed and deployed test/dev virtual environment
3. Designed and implemented extranet access for franchise stores
4. Designed and implemented custom calendar web part showing 4 to 15 weeks worth of scheduled list items (depending on the users role)
5. Designed and implemented web part to enter and update user security questions stored in active directory
6. Created custom application utilizing the SharePoint API for Document migration including retention of metadata
7. Forms development using InfoPath Forms Services
8. Information Architecture / taxonomy design for content types, navigation, document libraries, page layouts and metadata
9. Extensive use of SharePoint events in supporting and enhancing a custom SharePoint application

05/2009 to 09/2009
***InnoPath Software Inc.*** San Jose, CA
SharePoint Architect (Consultant)

1. Migrated existing SharePoint farm to new hardware
2. Project documentation: Proposal, Statement of Work, Vision/Scope, Infrastructure Assessment, Logical Design, Physical Design, Migration Plan, Build/Configuration, Test Plan
3. Designed and built virtual development/test environment

04/2009 to 09/2009
***Pittsburgh Glass Works*** Pittsburgh, PA
SharePoint Architect (Consultant)

1. Architected and implemented an anonymous Internet facing SharePoint farm
2. Designed and implemented content publishing, approvals and workflow
3. Designed and implement scheduled content publishing from staging portal
4. Customized and branded the site look and feel
5. Design, build and end user documentation

02/2008 to 03/2009
***Microsoft and Wirestone / Innovative Teachers Network,*** Sacramento, CA / Seattle, WA / Chicago, IL
Infrastructure Architect / MOSS Architect / Software Architect (Consultant)

1. Consolidated and migrated existing physical deployments into the Windows 2008 Hyper-V environment. Design work for consolidating multiple Active Directory domains into a single domain using multiple OU's. Consolidated multiple SQL Servers into a single SQL Server cluster using multiple instances.
2. Built and configured localized virtual environments for various countries (SharePoint 2007, Active Directory, SQL Server 2008). Setup virtual environments for development, test and production. Coordinate and work with QA and development teams.
3. Created customized standard OS and application builds for Windows 2003, Windows 2008, SQL Server 2005, SQL Server 2008 and Office SharePoint Server 2007
4. Localized global SharePoint installations for Russian, Norwegian, Swedish, Arabic, Portuguese, etc.
5. LiveID integration into SharePoint Server 2007
6. Active Directory, DNS, networking, Windows 2003/2008, SQL Server 2005/2008 and MOSS 2007 administration and troubleshooting
7. Developed full manual and automatic custom deployment process for latest code enhancements.
8. Upgraded the application code in various SharePoint sites worldwide.
9. Designed and built Partner Site allowing countries to configure and manage the ITN deployment process centrally by region and country.
10. Full Life Cycle project documentation including infrastructure assessments, requirements, application architecture, infrastructure architecture, governance, blueprints, disaster recovery, server builds, deployments, etc. Developed data center operations documentation as well as development environment guidelines (responsibilities, procedures, best practices, etc).
11. Designed development environment for a global deployment of SharePoint Server 2007. Development environment include an assembly server, development and staging. Each language variation has its own SharePoint farm in development and testing environment.

12. Refactored the existing deployment process that used non-standard methods to deploy customizations to SharePoint. Moved 40 existing web parts into features and solutions.

09/2007 to 02/2008
**Franklin Templeton Investments** / *Enterprise Architecture,* San Mateo, CA
SharePoint Server 2007 Principal Architect (Consultant)

1. Principal SharePoint architect for a global Office SharePoint Server 2007 design and deployment. Users distributed worldwide with datacenter hubs in North America, Asia and Europe. User base is approx. 15,000.

2. Researched document repository issues for compliance and Sarbanes-Oxley

3. Information architecture (taxonomy, hierarchy, navigation, etc), customized site templates, etc., used to facilitate user collaboration. The business requirements driver is to move from using Exchange for collaboration to SharePoint team sites. Currently documents are continuously emailed. Users do not know where to store documents. Users cannot find relevant documents. Etc.,

4. Microsoft Solutions Framework used for life cycle project documentation

06/2007 to 06/2008
**Microsoft Corporation** / *Government Security Program,* Redmond, WA
SharePoint Server 2007 Principal Architect / Software Architect (Consultant)

1. Architected and built Office SharePoint Server 2007 farm based solution for Microsoft GSP training portal for worldwide access.

2. Branding, page layouts and styles sheets using SharePoint Designer 2007 to create a consistent look and feel. Custom workflows for complex scheduling requirements.

3. Created customized list, workflow solutions, custom web parts and ASP.NET server controls. Used Active Directory users and groups for security.

04/2007 to 09/2007
**Mendocino Software**, Fremont, CA
SharePoint Server 2007 Architect / Senior Software Developer (Consultant)

1. Configured, modified and optimized an existing installation of SharePoint Server 2007 web farm.

2. Created customized workflow solutions and custom web parts to meet companies business requirements using Excel Services, SharePoint Designer 2007 and Visual Studio 2005 Team Edition.

3. Upgraded/migrated SharePoint Portal Server 2003 installation to SharePoint Server 2007

4. Designed and implemented workflows for content approval and publishing

5. Architected and built a SharePoint 2007 document repository for auditing, compliance and litigation support

6. Created organizational chart web part displaying manager and direct reports for a user. Web part built in ASP.NET using Active Directory properties.

7. Architected and deployed Windows Rights Management Services and integrated Information Rights Management with Office SharePoint Server 2007

8. Implemented Kerberos on Active Directory and Office SharePoint Server 2007

9. Extensive full life cycle project documentation including Infrastructure Assessments, Infrastructure Architecture, Application Architecture, Server Builds, Governance, Deployment, Disaster Recovery, etc.

10. Designed and implemented multiple virtual environments for the testing and implementation of different configuration patterns of Active Directory, Exchange 2003, Exchange 2007, SharePoint Portal Server 2003,

SharePoint Server 2007, SQL Server 2005, SQL Server 2000, BizTalk Server 2006 and Microsoft Operations Manager 2005.

11. Created standard Windows 2003 server build.

**03/2007 to 06/2007**
***California School Information Services***, Sacramento, CA
SharePoint Architect / Software Architect (Consultant)

1. Architected and implemented Windows SharePoint Services 3.0 in an extranet farm environment using ASP.NET 2.0 forms authentication and SSL.

2. Developed company standard build process documentation for disaster recovery.

3. Customized the login of SharePoint Services 3.0 to allow the creation of delegated user accounts using ASP.NET forms controls and Visual Studio 2005 Team Edition.

4. Custom web part development and user account management

**02/2007 to 06/2007**
***Buildingi***, Seattle, WA
SharePoint Server 2007 Architect / Senior Software Developer (Consultant)

1. Upgraded, configured and tuned existing SharePoint Server 2007 web farms for companies test and production environments.

2. Configured forms authentication and developed custom webparts for SharePoint Server 2007 using the ASP.NET Membership provider, C# and Visual Studio 2005.

3. Developed standard disaster recovery documentation for their SharePoint Server 2007 web farm environments.

**10/2006 to 02/2007**
***OfficeMax***, Naperville, IL
SharePoint Server 2007 Architect / Senior Software Developer (Consultant)

1. Architected and implemented OfficeMax's SharePoint Server 2007 farm for development, testing, staging and production environments. User base is approximately 45,000.

2. System used MS SQL Server 2005 clustering and front-end hardware load balancing

3. Customized and designed OfficeMax SharePoint Server 2007 corporate branding by customizing SharePoint Style Sheets, developing custom web parts, designing page layouts and master pages, designing custom lists and libraries using SharePoint Designer 2007, C# and Visual Studio 2005.

4. Developed corporate standard SharePoint build, disaster recovery and training documentation for SharePoint Server administrators

**07/2006 to 08/2006**
***The SBM Group***, McClellan, CA
Senior Software Developer (Consultant)

1. Customized and enhanced SBM company management web portal to track staff efficiency using ASP.NET, C# and Visual Studio .NET 2005

**05/2006 to 10/2006**
***CONETH Solutions / Microsoft Certified Partner,*** Manteca, CA
Consultant

1. Created custom SharePoint Portal Server WebParts using ASP.NET and C#.

2. Analyzed and recommended best programming practices and enhancements for MedicAlert external internet web site.

3. Designed and created a prototype Membership API using ASP.net membership database, C#/ ASP.NET 2.0 and Visual Studio .NET 2005.

4. Customized and deployed existing InfoPath forms to SharePoint Portal Server 2003 for companies purchase ordering system.

5. Documentation and systems administration

6. Designed and implemented a custom FTP client application to deploy Content Management Server data to external companies using in C#, Winsock and Visual Studio 2005.

7. Architected and implemented a training catalog system for internal company users to sign up for company sponsored courses using C#, ASP.net and Visual Studio 2005.

03/2006 to 05/2006
**Intel Corporation**, Folsom, CA
Senior Systems Engineer / SharePoint Administrator (Consultant)

1. Administered and maintained corporate Enterprise Federated Search infrastructure and SharePoint Portal Server 2003 web farms.

2. Documented and automated backup procedures and processes for SharePoint Portal Servers, SQL Servers, and Windows 2003 Servers.

3. Setup and configured virtual environments for the testing, development of companies SharePoint Portal Server 2003 solutions using Virtual Server 2005 R2.

09/2005 to 12/2005
**drugstore.com**, Seattle, WA
Senior Systems Engineer / Software Developer (Consultant)

1. Migrated companies Windows NT 4.0 production environments to the Windows Server 2003 environment including IIS 5 to IIS 6 and MSMQ 1.0 to MSMQ 3.0

2. Designed and implemented virtual test environments to asses the different migration plans using VMWare GSX virtual machines.

3. Developed custom applications to serialize message queue attributes on different servers using C# and Visual Studio.

4. Developed custom scripts to perform LDAP searches of Active Directory.

10/2004 to 09/2005
**Beverly Healthcare**, Fort Smith, AR
SharePoint Portal Server Architect / Software Architect / Systems Architect (Consultant)

1. Architected, deployed and configured the companies SharePoint Portal Server 2003 web farms with Windows 2003 server network load balancing. User base is approximately 45,000

2. Worked with on-shore / off-shore development team to deploy and troubleshoot code

3. Created migration and disaster recovery documentation for companies SQL Server 2000 and SharePoint Portal Server web farm environments.

4. Designed and implemented custom web services and web parts

5. Rebuilt development, test, stage and production environments, including servers, networks, applications and procedures using best practices.

6. Designed custom applications to read active directory group memberships using .NET DirectoryServices and C#.

05/2003 to 09/2004
**California National Guard / Army Reserve**, Sacramento, CA
Lead Software Architect / Senior Systems Engineer (Consultant)

1. SharePoint Architect / Developer

2. Designed and created custom web parts for SharePoint Portal Server 2003

3. Led the design and implementation of n-tier applications including database design, business logic, web interfaces and web services using Visio, ASP.net and C#. Approx. 16,000 users.

4. Architected and developed a custom web portal and training application in conjunction with the California Department of Homeland Security for California First Responders using .NET, ASP.net, C# and Visual Studio.

5. Automated the creation of Active Directory user accounts using .NET, LDAP, ADSI and C#.

6. Designed and implemented automated processes for migrating existing SharePoint Team Services sites to Windows SharePoint Services 2.0 sites using C#.

7. Created SharePoint Portal Server 2003 and SQL Server Disaster Recovery documentation

05/2002 to 04/2003
**CONETH Solutions / Microsoft Certified Partner**, Manteca, CA
Senior Software Architect / Senior Systems Engineer (Consultant)

1. Redesigned companies SharePoint Portal Server backup and restore methodologies.

2. Created corporate standard SharePoint Disaster Recovery documentation and testing plans.

3. Created and designed custom application to;

    a. create folder shortcuts to SharePoint documents during client logon
    b. migration of county documents into SharePoint Portal Servers
    c. automatically archive expired documents into SharePoint Server
    d. allow employees to update personal, contact and group information in active directory
    e. automatically import formatted ASCII file into SQL Server 2000

4. Architected configuration and performance tuning processes for Exchange 2000, Windows 2000, SQL Server 2000 and SharePoint Portal Server environments

03/2002 to 11/2002
**Imanami Software / Gold Microsoft Certified Partner**, Livermore, CA
Senior Software Architect (Consultant)
Products: http://www.imanami.com/products/default.aspx

1. Designed and developed Imanami Directory Transformation Manager Commercial Software and Help System using VB Scripting, Reflection, ADO.net, Robohelp and C#.

2. Customized and enhanced Imanami WebDir Commercial Software using VB 6.0 and ASP

07/2000 to 11/2001
**Bank of America**, Concord, CA (TSG)
Consultant

Case 13-02132    Filed 07/09/13    Doc 30

Daniel M Edstrom

1. Designed and developed Windows DNA (n-tier) Enterprise web application to create and manage Enterprise Distribution Lists and Public Folders across multiple mail platforms using VB 6.0, ASP, COM/DCOM, MTS, ADO/CDO, ADSI and SQL Server (approx. 200,000 users)

04/2000 to 06/2000
**SBC Services**, San Ramon, CA (SBS)
Senior Software Architect / Systems Engineer (Consultant)

1. Reengineered and developed corporate bulk email distribution application using SQL Server, VB6 Professional and ADO. User base is over 100,000.

02/2000 to 04/2000
**Cotelligent / Monster.com** , Los Angeles, CA
Senior Software Engineer / Systems Engineer (Consultant)

1. n-tier development and systems administration

09/1999 to 04/2000
**Wells Fargo Bank**, San Francisco, CA (Wholesale Services)
Senior Software Architect / Engineer (Consultant)

1. n-tier development and systems administration

04/1998 to 05/1998
**Microsoft Corporation**, Redmond, WA
Senior Systems Engineer (Consultant)

1. Tested and documented the migration process from SQL Server 6.5 to SQL Server 7.0.

11/1997 to 12/1997
**Veritas Software**, Mountain View, CA (IS)
Senior Systems Engineer (Consultant)

1. Systems administration and troubleshooting

January 1997 to Present
**DTC Systems, Inc.** – Incorporated consulting business

01/1996 to 08/1996
**Logistix** , Fremont, CA (IS)
Senior Systems Architect / Engineer (Consultant)

1. Architected Windows NT multiple domain environment

2. Administered Email Systems (PC/MAC/Unix).

3. Migrated MS Mail system (MAC and PC) to Netscape POP3 Mail system.

4. Web server administration and development.

05/1995 to 09/1999
**Pacific Bell/SBC Services**, San Ramon, CA (SBS)
Senior Software / Hardware / Systems Architect (Consultant)

1. Developed and designed bulk distribution email application to merge X-500 directories into 1 directory for the mailing of corporate documents to all employees at all subsidiaries of Southwestern Bell, Pacific Bell, Nevada Bell, etc. using Visual Basic 6, ADO, CDO, SQL Server and Exchange Server.

2. Systems administration and created numerous n-tier applications

1995 to 1997

Case 13-02132    Filed 07/09/13    Doc 30

Daniel M Edstrom

**D&T Consulting**, Started IT consulting business

1993 to 1995
**Technical Support Manager,** Answers, etc.

1. Support for software, hardware and networking for several hundred check cashing stores across the country

2. Management responsibilities including helping store employees balance their stores, IT support issues, managing support team, etc

1987 to 1993
**Check Center**, Fremont and Newark, CA
Teller / Store Manager

1. Check cashing teller promoted to store manager in 1988

2. Management responsibilities including cash handling, daily balancing of the store balance sheet, opening/closing, fraud detection, bad check collection, etc.

3. Developed balance sheet on spreadsheet application.  This spreadsheet was put in use at all 5 owner locations.  Spreadsheet obsolete one year later by software, networking and hardware solution purchased by the owner from Answers, etc.

4. Cashed 50,000+ checks over 5 years and developed the ability to detect counterfeit currency and forged signatures on sight.