**PROPOSED ORDER ATTACHED**

(7)

| | |
|---|---|
| 1 | DANIEL MAJOR EDSTROM |
| 2 | 2690 BROWN BEAR COURT<br>COOL, CA  95614 |
| 3 | TEL:  916/207-6706 | FAX:  888/552-2503<br>Plaintiff and Debtor-in-Possession |

**FILED**

JUL 11 2013



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re DANIEL MAJOR EDSTROM, | ) | CASE NO.: 12-29353-B-11 |
| Debtor-in-possession. | ) ) ) | CHAPTER 11 |
| | ) | A.P. NO. 13-02132-B |
| **DANIEL MAJOR EDSTROM, and all others similarly situated,** | ) ) ) | DC NO. DME-1 |
| Plaintiffs, | ) ) | **CERTIFICATION OF SERVICE** |
| v. | ) ) | Hearing:<br>Date: July 23, 2013 |
| **AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, a Fictitious or Ghost Entity; G&P ENTERPRISES, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100,** | ) ) ) ) ) ) ) ) ) ) ) | Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B<br><br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento,<br>California 95814, Tel.: (916) 930-4473 |
| Defendants. | ) ) | |

**CERTIFICATION OF SERVICE**

-1-

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11, Adversary Proceeding 13-02132-B.

I, James Macklin, declare:

I am not a party to this action, and my employment address is:

500 Auburn-Folsom Blvd, Suite 110, Auburn, CA 95603

On July 11, 2013, I served:

1. [PROPOSED] ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES;

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

__XX__ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

See attached exhibit

____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents to be transmitted by electronic email device with from email address sdrinvest@gmail.com this same date to the offices of the following:

_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

-2-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

1 _____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be
2 transmitted by facsimile device this same date to the offices of the following:

3   I, James Macklin, declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct and that this declaration was signed in Placer
5 County and the City of Auburn, California on July 11, 2013.

6
7 By: _____
       Declarant (name and signature)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bradley J. Epstein and Susana C. Cendajas
Angius & Terry LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
**Attorneys for Auburn Lake Trails POA**

Glenn H. Wechsler and Lawrence D. Harris
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd, Suite 450
Walnut Creek, CA 94596
**Attorneys for G&P Enterprises LLC**

**Exhibit: PROPOSED ORDER submitted by PRO SE FILER**

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706
Plaintiff and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>  Debtor-in-possession.<br>_____<br><br>DANIEL MAJOR EDSTROM, and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, *a Fictitious or Ghost Entity*; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100,<br><br>       Defendants. | CASE NO.: 12-29353-B-11<br><br>CHAPTER 11<br><br>A.P. NO. 13-02132-B<br><br>DC NO. DME-1<br><br>**ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES;**<br><br>Hearing:<br>Date: July 23, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Dept: B<br><br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

**ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES**

The above-entitled Court, having considered Plaintiff's Request for entry of a default, and good cause appearing:

It appears from the record that defendant **AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION** failed to plead or otherwise defend in this proceeding as required by law.

Therefore, default is entered against defendant **AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION** as authorized by Federal Rule of Civil Procedure 55 as incorporated by Federal Rule of Bankruptcy Procedure 7055.

The validity of service will also be considered by the court in connection with the entry of Default Judgment.

__ Plaintiff(s) shall apply for a default judgment within 30 days of the date of this order. A "prove-up" hearing shall be scheduled on the court's regular law and motion calendar on notice to the defendant pursuant to Local Rule 9014-1. The request for default judgment may be supported by affidavit in lieu of live testimony. Failure to comply with this order may result in the imposition of sanctions pursuant to Fed.R.Civ.P. 16(f), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

__ Plaintiff(s) shall apply for a default judgment within 30 days of the date of this order. The motion need not be set for hearing but shall be filed and served on the defendant. The motion shall be supported by declarations or affidavits or other admissible evidence establishing liability and a right to the relief requested. A proposed "Default Judgment" for the court's signature shall be lodged with the motion. See Bankruptcy Rule 7055(b). Failure to comply with this order may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f) and 41(b), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

1
2      __Plaintiff(s) shall file supplemental declaration(s) documenting the source of the
3  address(es) used for service of defendant.
4
5      Dated:
6
7
8                                            _____
9                                            Thomas C. Holman,
                                             UNITED STATES BANKRUPTCY JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28