

**FILED**
JUL 11 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re  Daniel Major Edstrom         Case No. 12-29353

MORF

Debtor.

Daniel Major Edstrom                 Adversary Proceeding No. 13-2132

Plaintiff,
vs.  Allied Trustee Services, Auburn Lake Trails Property
Owners Association, G&P Enterprises

Defendant.

## MEMORANDUM RE: DEFAULT PAPERS

TO:  Daniel Major Edstrom

The item(s) indicated below require your attention for us to process your requested relief:

☒ 1. No *Request for Entry of Default by Plaintiffs*, form EDC 3-726, was submitted.
☒ 2. No *Entry of Default and Order Re: Default Judgment Procedures*, form EDC 3-727, was submitted.
☐ 3. No Certificate of Service re: Issuance of Summons was submitted.
☒ 4. The declaration/affidavit does not set forth the following required facts:

   ✓ The date the summons was issued, or the summons issued date stated in the declaration/affidavit is incorrect;
   ✓ A statement that the court has fixed a deadline for the filing of the answer or motion, or that the 30 or 35 day time limit applies;
   ✓ The date the complaint was served on the defendant, or the date of service of the complaint on the defendant stated in the declaration/affidavit is incorrect;
   ✓ A statement that no answer or motion has been received within the time limit fixed by the court or by Bankruptcy Rule 7012(a);
   ✓ A statement that the defendant is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003 (50 U.S.C. Appendix 501 et seq.); and/or
   ✓ A statement that the defendant is not an infant or incompetent person.

☐ 5. The Summons and Complaint were not served within 14 days after the Summons was issued.
☐ 6. The defendant is a debtor and the debtor's attorney was not served. Fed. R. Bankr. P. 7004(g).
☐ 7. The defendant/debtor was not served at the address shown in their bankruptcy case.
☐ 8. An Answer or Motion was filed on _____ and the matter must now be set for a hearing before the judge.
☐ 9. An Order Extending or Reducing the Time for Filing an Answer was filed on _____ and the deadline for filing an Answer is _____. Your pleadings should be resubmitted to the court, if appropriate, upon expiration of the deadline.
☐ 10. Other:

DATED: 7/11/13

By: /s/ Deputy Clerk
U.S. Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318
(559) 499-5800

EDC 4-100 (Rev. 10/1/12)