1  Bradley J. Epstein (CA State Bar No. 171567)
   bepstein@angius-terry.com
2  Sam Y. Chon (CA State Bar No. 197246)
   scendejas@angius-terry.com
3  ANGIUS & TERRY LLP
   3001 Lava Ridge Court, Suite 130
4  Roseville, CA 95661
   Telephone: (916) 567-1400
5  Facsimile: (916) 567-1401

6  Attorneys for Defendant
   Auburn Lake Trails Property Owners Association
7

8
                    UNITED STATES BANKRUPTCY COURT
9
              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO
10

11 | IN RE DANIEL MAJOR EDSTROM | ) Case No.: 12-29353-B-11
                                 ) Adv. Proc. No.: 13-02132-B
12 | Debtor,                     )
                                 ) Docket Control No. ATL-1
13 |                             )
   | DANIEL MAJOR EDSTROM        ) Chapter 11
14 |                             )
   | Plaintiff,                  ) **CERTIFICATE OF SERVICE**
15 | v.                          )
                                 ) Hearing date: July 23, 2013
16 |                             ) Time: 9:32 a.m.
   | AUBURN LAKE TRAILS PROPERTY ) Courtroom: 32
17 | OWNERS ASSOCIATION, a California non- ) Department: B
   | profit mutual benefit corporation; et al. )
18 |                             ) Hon. Thomas C. Holman
   |                             )
19 | Defendants.                 )
                                 )
20 |_____)

21

22    I, Denise M. Tacdol, declare that:

23    I am employed in the County of Placer, State of California, I am over the age of 18 and
      am not a party to the within action; my business address is 3001 Lava Ridge Court, Ste. 130,
24    Roseville, CA 95661.

25
      On July 16, 2013, I served the within:
26
      DEFENDANT ASSOCIATION'S REPLY TO PLAINTIFF'S OPPOSITION TO
27    ASSOCIATION'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT

28

ANGIUS & TERRY LLP
3001 Lava Ridge Court
Ste. 130
Roseville, CA 95661
(916) 567-1400

**CERTIFICATE OF SERVICE**
1

| | | |
|---|---|---|
| 1 | __X__ | (By E-Mail) through the Court's ECF Program; |
| 2 | __X__ | (By Mail – Federal) I placed such envelope with postage thereon fully prepaid in the United States mail at Roseville, CA. |
| 3 | | |
| 4 | __X__ | (By Mail – State) I am readily familiar with the practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address show above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter dates is more than one day after the date of deposit for mailed contained in this declaration. |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | __X__ | Executed on <u>July 16, 2013</u>, at Roseville, California. |
| 9 | __X__ | (State) I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 10 | | |
| 11 | __X__ | (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made. |
| 12 | | |

_[signature]_

Denise M. Tacdol

**INTERESTED PARTIES:**

Daniel Major Edstrom
2690 Brown Bear Court
Cool, CA 95614-2413
*Debtor*

Glenn H. Wechsler
Lawrence D. Harris
Law Offices of Glenn H. Wechsler
1646 N. California Blvd., Ste. 450
Walnut Creek, CA 94596
*G&P L Enterprises, LLC, dba Allied Trustee Services*

NGIUS & TERRY LLP
01 Lava Ridge Court
Ste. 130
oseville, CA 95661
(916) 567-1400

**CERTIFICATE OF SERVICE**

2