

```
 1  DANIEL MAJOR EDSTROM
 2  2690 BROWN BEAR COURT
    COOL, CA 95614
 3  TEL: 916/207-6706
    E-Mail: dmedstrom@hotmail.com
 4
 5  Plaintiff and Debtor-in-Possession
 6
 7
 8                UNITED STATES BANKRUPTCY COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10                      SACRAMENTO DIVISION
11
12  In re DANIEL MAJOR EDSTROM,          )  CASE NO.: 12-29353-B-11
                                         )
13      Debtor-in-possession.            )  CHAPTER 11
                                         )
14  _____)  A.P. NO. 13-02132-B
                                         )
15  DANIEL MAJOR EDSTROM, and all others )  DC NO. DME-1
    similarly situated,                  )
16                                       )  NOTICE OF RETURNED MAIL SENT
                 Plaintiffs,             )  TO COUNSEL FOR DEFENDANT
17                                       )  AUBURN LAKE TRAILS PROPERTY
    v.                                   )  OWNERS ASSOCIATION;
18                                       )
    AUBURN LAKE TRAILS PROPERTY          )
19  OWNERS ASSOCIATION A CALIFORNIA)     )  Hearing:
    CORPORATION; ALLIED TRUSTEE          )  Date: July 23, 2013
20  SERVICES A CALIFORNIA                )  Time: 9:32 a.m.
    CORPORATION, a Fictitious or Ghost   )  Ctrm.: 32
21  Entity; G&P ENTERPRISES A            )  Dept: B
    CALIFORNIA LIMITED LIABILITY         )
22  COMPANY; and DOES 1-100,             )
                                         )  Hon. Thomas C. Holman
23      Defendants.                      )  501 I Street, 6th Floor, Sacramento,
                                         )  California 95814, Tel.: (916) 930-4473
24  _____)
25  TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:
26  COMES NOW, DANIEL MAJOR EDSTROM ("Edstrom" or "Plaintiffs") as Plaintiff and
27  requests that all parties PLEASE TAKE NOTICE of the following:
28
```

FILED JUL 17 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  On May 17, 2013 Counsel for Auburn Lake Trails Property Owners Association ("**ALT Counsel**") filed a Motion to Dismiss in the above captioned Adversary Proceeding ("**MTD**"). Counsel's address information in the upper left of the documents filed with the Auburn Lake Trail Property Owners Association's ("**ALT**") MTD (the MTD is Doc# 8 filed in the above captioned adversary proceeding, and includes the <u>Notice of Motion to Dismiss for Failure to State a Claim, or in the Alternative for a more Definite Statement</u>, the <u>Memorandum of Points & Authorities in Support of Defendant Auburn Lake Trails Property Owners Association's Motion to Dismiss for Failure to State a Claim, or in the Alternative for a More Definite Statement</u>, and the <u>Proof of Service by Mail</u>) all indicated that Counsel's address ("**ALT Counsel Address**") is as follows:

>  Bradley J. Epstein and Susana C. Cendejas
>  Angius & Terry LLP
>  3001 Lava Ridge Court Suite 130
>  Roseville, CA 95661

Further, the Notice itself (which is page 1 and 2 of the MTD) indicated on page two (2) the following, which again includes ALT Counsel's address for service ("**ALT Counsel Notice Address**"):

>  If Plaintiff-Debtor opposes the Association's motion, such opposition shall be in writing and shall be served and filed with the court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. The Association's counsel Bradley J. Epstein and Susana C. Cendejas with the law firm of Angius & Terry LLP, must be served with any opposition at Angius & Terry LLP. 3001 Lava Ridge Court, Suite 130, Roseville, CA 95661.

In accordance with Bankruptcy Rules of Civil Procedure and ALT Counsel's instructions, Plaintiff's written opposition was sent via US Mail to ALT Counsel's' address as instructed ("**Opposition**"). Said written opposition was mailed to ALT Counsel on July 8, 2013 (see document #'s 18-21 in the above captioned adversary proceeding). This written opposition was not returned undeliverable. On July 9, 2013 Plaintiff filed an additional opposition with the clerk and this additional opposition was served on July 9, 2013.

1 On April 16, 2013 Plaintiffs additional written opposition to ALT Counsel was returned
2 undeliverable (see Exhibit "A"). Plaintiff notified Bradley Epstein, Sam Chon, Susana Cendejas
3 and Denise Tacdol (all of Anguis & Terry LLP) via electronic mail informing them that the
4 mailed item had been returned undeliverable.

5 Dated: July 17, 2013                                 Respectfully submitted,

                                                     DANIEL EDSTROM,
                                                     Plaintiff and Debtor-in-possession

# Exhibit A

