



**FILED**

JUL 17 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1 DANIEL MAJOR EDSTROM
2 2690 BROWN BEAR COURT
COOL, CA 95614
3 TEL: 916/207-6706
Plaintiff and Debtor-in-Possession

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM, <br><br> Debtor-in-possession. | CASE NO.: 12-29353-B-11 <br><br> CHAPTER 11 <br><br> A.P. NO. 13-02132-B |
| DANIEL MAJOR EDSTROM, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, a Fictitious or Ghost Entity; G&P ENTERPRISES, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100, <br><br> Defendants. | DC NO. DME-1 <br><br> **CERTIFICATION OF SERVICE** <br><br> Hearing: <br> Date: July 23, 2013 <br> Time: 9:32 a.m. <br> Ctrm.: 32 <br> Dept: B <br><br> Hon. Thomas C. Holman <br> 501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

### CERTIFICATION OF SERVICE

-1-

CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

Case Name and Number:

    In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11, Adversary Proceeding 13-02132-B.

I, James Macklin, declare:

    I am not a party to this action, and my employment address is:

__500 Auburn Folsom Road, Suite 110, Auburn, CA 95608__

On July 17, 2013, I served:

**1. NOTICE OF RETURNED MAIL SENT TO COUNSEL FOR DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION;**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

__XX__ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

See attached exhibit

_____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents to be transmitted by electronic email device with from email address sdrinvest@gmail.com this same date to the offices of the following:

_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be

1 | transmitted by facsimile device this same date to the offices of the following:

2 |     I, James Macklin, declare under penalty of perjury under the laws of the State of

3 | California that the foregoing is true and correct.

4 | Dated: July 17, 2013

6 | By: _____

7 |     Declarant (name and signature)

-3-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

Bradley J. Epstein and Susana C. Cendajas
Angius & Terry LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
**Attorneys for Auburn Lake Trails POA**