United States Bankruptcy Court
Eastern District of California

Edstrom,
    Plaintiff
                                                               Adv. Proc. No. 13-02132-B

Auburn Lake Trails Property Owners Assoc,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0972-2           User: smis               Page 1 of 2             Date Rcvd: Jul 29, 2013
                            Form ID: pdf021       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2013.
aty         +Sam Y. Chon,   1451 River Park Dr #285,   Sacramento, CA 95815-4522
pla         +Daniel Major Edstrom,   2690 Brown Bear Ct,   Cool, CA 95614-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2013**                                         **Signature:** _/s/ Joseph Speetjens_

Case 13-02132    Filed 07/29/13    Doc 53

```
District/off: 0972-2           User: smis                 Page 2 of 2               Date Rcvd: Jul 29, 2013
                               Form ID: pdf021            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

Case 13-02132    Filed 07/29/13    Doc 53

Case 13-02132    Filed 07/29/13    Doc 53

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom v. Auburn Lake Trails Property Owners Association et | **Case No :** | 12−29353 − B − 11 |
| | | **Adv No :** | 13−02132 − B |
| | | **Date :** | 7/23/13 |
| | | **Time :** | 09:32 |

**Matter :** [9] − Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [LDH−1] Filed by Defendants Allied Trustee Services, G&P Enterprises (ltas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
(by phone)     Defendant's Attorney − Lawrence Harris for G&P Enterprises, LLC
**Respondent(s) :**
       Plaintiff − Daniel Major Edstrom

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The complaint commencing this adversary proceeding is dismissed as to all claims for relief and all defendants with leave to amend. The plaintiff debtor is ordered pursuant to Fed. R. Civ. P. 12(e) to file and serve a first amended complaint that is consistent with this ruling and which shall not exceed forty (40) pages in length, not including any attached exhibits, and which shall be filed and served on or before August 23, 2013. If the plaintiff fails to file an amended counterclaim by the foregoing date, the the movant may submit to the court a proposed order dismissing all claims set forth in the complaint. Except as so ordered, the motion is denied.

Dated: July 26, 2013

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Daniel Edstrom
2690 Brown Bear Ct
Cool, CA 95614


Lawrence Harris
1646 N. California Blvd., Ste. 450
Walnut Creek, CA 94596