1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1646 N. California Blvd., Suite 450
3  Walnut Creek, California 94596
   Telephone: (925) 274-0200
4  Email: *larry@glennwechsler.com*

5  Attorneys for Defendant
   G & P ENTERPRISES, LLC, d/b/a
6  ALLIED TRUSTEE SERVICES

7

8            IN THE UNITED STATES BANKRUPTCY COURT

9            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                        SACRAMENTO DIVISION

12

13

14  In re:                                Case No.:  12-29353-B-11
                                          Adv. No.:  13-02132-B
15  DANIEL MAJOR EDSTROM,

                                          Chapter 11
16       Debtor and Debtor in Possession.

                                          Assigned to: Hon. Thomas C. Holman,
17  _____                    U. S. Bankruptcy Judge

18  DANIEL MAJOR EDSTROM,                 **ORDER CONTINUING STATUS**
                                          **CONFERENCE**
19           Plaintiff,

20  vs.                                   Date:   August 7, 2013
                                          Time:   9:30 a.m.
21  AUBURN LAKE TRAILS PROPERTY           Ctrm:   32, 6th Floor
    OWNERS ASSOCIATION, a California      Dept:   B
22  non-profit mutual benefit corporation,
    et al.,
23
             Defendants.
24

25  ///

26  ///

27

28
ORDER CONTINUING STATUS CONFERENCE - Page 1 of 2

RECEIVED
July 26, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004898539

The Court, having read and considered the Joint Status Conference Statement filed by the parties, hereby orders as follows:

IT IS HEREBY ORDERED that the Status Conference in this matter shall be continued to November 13, 2013 at 9:30 a.m. The parties shall exchange their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) and submit a Discovery Plan no later than fourteen (14) days prior to the continued Status Conference.

Dated: August 02, 2013

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge

G:\Larry\ALLIED\Edstrom\Order.Continuance.Status Conf [1]

ORDER CONTINUING STATUS CONFERENCE - Page 2 of 2
Adv. No.: 13-02132-B