# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom v. Auburn Lake Trails Property Owners Association et | **Case No :** | 12–29353 – B – 11 |
| | | **Adv No :** | 13–02132 – B |
| | | **Date :** | 8/7/13 |
| | | **Time :** | 09:30 |
| **Matter :** | Status Conference – [1] – (21 (Validity, priority or extent of lien or other interest in property)),(72 (Injunctive relief – other)),(81 (Subordination of claim or interest)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Complaint by Daniel Major Edstrom against Auburn Lake Trails Property Owners Association, Allied Trustee Services, G&P Enterprises. Fee Amount of $293.00 is Exempt. (pdes) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

STATUS CONFERENCE was:
Dropped from calendar


Disposition Without Oral Argument: The status conference is removed from the calendar. By order entered August 2, 2013 (Dkt. 55), the court continued this status conference to November 13, 2013, at 9:30 AM pursuant to the request of the parties.