**DAVID S. SILBER SBN 176377**
ATTORNEY AT LAW
240 Commercial Street; Suite A
Nevada City, CA 95959
Telephone: (530) 265-9529
Facsimile: (530) 687-0306
Attorney for Plaintiff
DANIEL MAJOR EDSTROM

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>DANIEL MAJOR EDSTROM,<br>Debtor-in-Possession.<br><br>DANIEL MAJOR EDSTROM, and all others similarly situated,<br>Plaintiffs,<br>v.<br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION A CALIFORNIA CORPORATION; ALLIED TRUSTEE SERVICES A CALIFORNIA CORPORATION, a Fictitious or Ghost Entity; G&P ENTERPRISES A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1-100,<br>Defendants. | Chapter 11<br>Case No.: 12-29353-B-11<br>Adv. Pro. No: 13-02132<br><br>**SUBSTITUTION OF ATTORNEY** |

    The Court and all parties are notified that the above named Debtor and Plaintiff DANIEL MAJOR EDSTROM HEREBY SUBSTITUTES attorney DAVID S. SILBER in place of himself as attorney of record.

    The address for David S. Silber is 240 Commercial Street; Suite A; Nevada City, California. The phone number is (530) 265-5529 and fax number is (530) 687-0306. The email address is silberlawgroup@gmail.com.

1

SUBSTITUTION OF ATTORNEY

1
2
3
4    I consent to the substitution:
5    Date: 8/23/13                    /s/ Daniel Major Edstrom
                                      DANIEL MAJOR EDSTROM
6
7        I consent to the substitution:
8
     Date: 8/23/13                    /s/ David S. Silber
9                                     DAVID S. SILBER
                                      Attorney for PLAINTIFF
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I am employed in the County of Nevada, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 240 Commercial Street; Suite A, Nevada City, California 95959.

I hereby certify that on August 23, 2013, I served the attached "Substitution of Attorney" with the Clerk of the Court using the CM/ECF system of the courts, which will then serve it on the parties to this action.

I declare under penalty of perjury of the Laws of the United States that the foregoing is true and correct. Executed this 25th day of August, 2013, at Nevada City, California.

By:  /s/ David S. Silber
DAVID S. SILBER