Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California 94596
Telephone: (925) 274-0200
Email: *larry@glennwechsler.com*

Attorneys for Defendant
G & P ENTERPRISES, LLC, d/b/a
ALLIED TRUSTEE SERVICES

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL MAJOR EDSTROM,<br><br>　　　Debtor and Debtor in Possession.<br>_____<br><br>DANIEL MAJOR EDSTROM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION, a California non-profit mutual benefit corporation, et al.,<br><br>　　　　Defendants.<br>_____ | Case No.:　　12-29353-B-11<br>Adv. No.:　　13-02132-B<br><br>Docket Control No. LDH-2<br><br>Chapter 11<br><br>Assigned to:  Hon. Thomas C. Holman,<br>　　　　　　　U. S. Bankruptcy Judge<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRE 201]**<br><br>Date:　　　October 29, 2013<br>Time:　　　9:32 a.m.<br>Ctrm:　　　32<br>Dept:　　　B |

Defendant G & P ENTERPRISES, LLC, d/b/a ALLIED TRUSTEE SERVICES (hereinafter "G&P" or "Defendant") hereby requests the court pursuant to *Federal Rule of Evidence* § 201 to take judicial notice of the following documents, and the contents thereof, copies of which are attached hereto:

1.     Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct copy of the "Business Entity Detail" from the website of the California Secretary of State;

2.     Attached hereto as Exhibit B and incorporated herein by this reference is a true and correct copy of the Fictitious Business Name Statement filed in the official records of Placer County, California on January 9, 2007; and

3.     Attached hereto as Exhibit C and incorporated herein by this reference is a true and correct copy of the Fictitious Business Name Statement filed in the official records of Placer County, California on January 13, 2012.

DATED: September 5, 2013          LAW OFFICES OF GLENN H. WECHSLER


By:    /s/ Lawrence D. Harris
          LAWRENCE D. HARRIS


G:\Larry\Allied\Edstrom\RJN.FAC

REQUEST FOR JUDICIAL NOTICE – PAGE 2 OF 2
Adv. No.: 13-02132-B

# EXHIBIT A

Case 13-02132    Filed 09/06/13    Doc 61

# California Secretary of State Debra Bowen

Secretary of State    Administration    Elections    **Business Programs**    Political Reform    Archives    Register

## Business Entity Detail

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, May 17, 2013. Please refer to <u>Processing Times</u> for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | G&P ENTERPRISES, LLC |
| Entity Number: | 200700410276 |
| Date Filed: | 01/04/2007 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 990 RESERVE DR STE 208 |
| Entity City, State, Zip: | ROSEVILLE CA 95678 |
| Agent for Service of Process: | EDWARD A TREDER |
| Agent Address: | 20955 PATHFINDER RD STE 300 |
| Agent City, State, Zip: | DIAMOND BAR CA 91765 |

\* Indicates the information is not contained in the California Secretary of State's database.

**\* Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to <u>Name Availability</u>.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to <u>Information Requests</u>.
- For help with searching an entity name, refer to <u>Search Tips</u>.
- For descriptions of the various fields and status types, refer to <u>Field Descriptions and Status Definitions</u>.

<u>Modify Search</u>    <u>New Search</u>    <u>Printer Friendly</u>    <u>Back to Search Results</u>

<u>Privacy Statement</u> | <u>Free Document Readers</u>

Copyright © 2013   California Secretary of State

# EXHIBIT B

Case 13-02132    Filed 09/06/13    Doc 61

# FICTITIOUS BUSINESS NAME STATEMENT

BUSINESS AND PROFESSIONS CODE 17900 ET SEQ.





JAN 0 9 2007

Jim McCauley
COUNTY CLERK OF PLACER COUNTY
BY Gary Collins
DEPUTY

K. COLLINS

**FILING FEES:**
$30.00 — FOR FIRST BUSINESS NAME AND FIRST BUSINESS OWNER ON STATEMENT
$ 5.50 — FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND DOING BUSINESS AT THE SAME LOCATION
$ 5.50 — FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

Mail to: Placer County
Clerk-Recorder
2954 Richardson Drive
Auburn, CA 95603
(530) 886-5610
1-800-488-4308 x 5610

This statement was filed with the Placer County Clerk on date indicated by the file stamp.
*Note:* First publication must start within 30 days from the file date in a Placer County Newspaper. Refer to list provided.

This Space Reserved
For File Stamp

**PLEASE READ INSTRUCTIONS ON REVERSE SIDE AND PRINT OR TYPE ONLY. APPLICATON MUST BE COMPLETELY LEGIBLE. WHEN FILING BY MAIL, PROVIDE SELF-ADDRESSED STAMPED ENVELOPE.**

**1** STREET ADDRESS, CITY, STATE AND ZIP OF PRINCIPAL PLACE OF BUSINESS IN PLACER COUNTY. LIST ONLY ONE.

3721 DOUGLAS BOULEVARD, SUITE 345, ROSEVILLE, CA 95661

**2** FICTITIOUS BUSINESS NAME(S) TO BE FILED
(1) ALLIED TRUSTEE SERVICES    (3)
(2)    (4)

**3** FULL NAME(S) OF REGISTRANT(S), COMPLETE STREET ADDRESS • IN ADDITION TO PHYSICAL ADDRESS, A P.O. BOX MAY BE LISTED FOR MAILING PURPOSES ONLY

| | CITY | STATE | ZIP | PHONE NO. |
|---|---|---|---|---|
| G+P ENTERPRISES, LLC 3721 DOUGLAS BLVD #345 | ROSEVILLE | CA | 95661 | 916-960-5370 |

IF MORE THAN 3 REGISTRANTS – ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION.
IF REGISTRANT IS/ARE A CORPORATION, INCLUDE STATE OF INCORPORATION.

**4** BUSINESS CONDUCTED BY — Check only one box

☐ A LIMITED PARTNERSHIP
☐ AN INDIVIDUAL
☐ HUSBAND AND WIFE
☐ AN UNINCORPORATED ASSOCIATION OTHER THAN A PARTNERSHIP
☑ LIMITED LIABILITY CO. STATE OF CALIFORNIA

☐ A GENERAL PARTNERSHIP
☐ A BUSINESS TRUST
☐ CO-PARTNERS
☐ A JOINT VENTURE
☐ CORPORATION, STATE OF
☐ OTHER

COMPLETE THIS SECTION
ONLY IF REGISTRANT IS A CORPORATION
CORPORATION NAME

OFFICER'S NAME AND TITLE

**5** THE REGISTRANT(S) COMMENCED TO TRANSACT BUSINESS UNDER THE FICTITIOUS BUSINESS NAME(S) LISTED ABOVE ON: (FUTURE DATE IS NOT ALLOWED) – PLEASE INSERT N/A IF DATE IS IN FUTURE.

DATE: N/A

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHO-RIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW. (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE.)

**6** SIGNATURE
Gary Wisham
"I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT." (A REGISTRANT WHO DECLARES AS TRUE INFORMATION WHICH HE OR SHE KNOWS TO BE FALSE IS GUILTY OF A CRIME. (Sec. 17913(c) B&P Code))

NAME – (TYPED OR PRINTED):
7 GARY WISHAM

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

**NOTICE:**
THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES FIVE YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK.

RENEW PRIOR TO: 1-9-2012

Jim McCauley
COUNTY CLERK

BY _____ DEPUTY

FILE NO. 07-00078

DISTRIBUTION:  1–FILE WITH COUNTY CLERK
3–FOR NEWSPAPER PUBLICATION (WHEN REQUIRED)
2–FOR BANK AND OTHER REQUIRED NEEDS (CERTIFIED)
4–REGISTRANT'S COPY
REV. 02/05

# EXHIBIT C

# FICTITIOUS BUSINESS NAME STATEMENT

Case No: 02132     Filed 09/06/13     Doc 61

FILED
January 13, 2012
Jim McCauley
COUNTY CLERK OF PLACER COUNTY

BY C. Wheeler
C. WHEELER, DEPUTY

Business and Professionals Code §17900 ET SEQ.

FILING FEES:
$30.00 - FOR FIRST BUSINESS NAME AND FIRST BUSINESS OWNER ON STATEMENT.
$ 5.50 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND
        DOING BUSINESS AT THE SAME LOCATION.
$ 5.50 - FOR EACH ADDITIONAL OWNER IN EXCESS OF THE FIRST OWNER.

Mail to:     Placer County Clerk-Recorder
             2954 Richardson Drive, Auburn, CA 95603
             (530) 886-5610 or Toll free (800) 488-4308 ext. 5610

This Space Reserved for File Stamp

IF YOUR BUSINESS IS NOT LOCATED IN PLACER COUNTY HAVE YOU FILED AN FBN WHERE YOUR PRINCIPAL PLACE OF BUSINESS IS PHYSICALLY LOCATED?     YES ☐     NO ☐

PLEASE READ INSTRUCTIONS ON REVERSE SIDE AND PRINT OR TYPE ONLY. APPLICATION MUST BE COMPLETELY LEGIBLE. WHEN FILING BY MAIL PLEASE PROVIDE A SELF-ADDRESSED STAMPED ENVELOPE.

**\* FICTITIOUS BUSINESS NAME(S) TO BE FILED. (Must be typed or printed legibly)**

1. 1) Allied Trustee Services
   2)

3)

4)

**\*\* STREET ADDRESS OF PRINCIPAL PLACE OF BUSINESS.**

| STREET ADDRESS | CITY | STATE | ZIP CODE | COUNTY OF PRINCIPAL PLACE OF BUSINESS |
|---|---|---|---|---|
| 2. 990 Reserve Drive, Suite 208 | Roseville | CA | 95678 | Placer |

**\*\*\* REGISTRANT INFORMATION - PHYSICAL ADDRESS IS REQUIRED, PO BOX MAY BE ADDED FOR MAILING.**

TELEPHONE #
(916) 960-5370

FULL NAME OF REGISTRANT/OWNER
G&P Enterprises, LLC

| REGISTRANT'S ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 990 Reserve Drive, Suite 208 | Roseville | CA | 95678 |

TELEPHONE #

FULL NAME OF REGISTRANT/OWNER

| REGISTRANT'S ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

TELEPHONE #

3.

FULL NAME OF REGISTRANT/OWNER

| REGISTRANT'S ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

IF MORE THAN 3 REGISTRANTS/OWNERS, ATTACH ADDITIONAL SHEETS SHOWING OWNER INFORMATION.
IF REGISTRANT IS A CORPORATION OR LLC, INCLUDE STATE OF INCORPORATION BELOW.

**\*\*\*\* BUSINESS CONDUCTED BY:  Check only one box**

4.
☐ A LIMITED PARTNERSHIP
☐ AN INDIVIDUAL
☐ HUSBAND AND WIFE
☐ TRUST
☐ AN UNINCORPORATED ASSOCIATION OTHER THAN PARTNERSHIP
☒ A LIMITED LIABILITY COMPANY, STATE OF CA
☐ CORPORATION, STATE OF _____
☐ STATE OR LOCAL REGISTERED DOMESTIC PARTNERS
☐ A GENERAL PARTNERSHIP
☐ CO-PARTNERS
☐ A JOINT VENTURE
☐ A LIMITED LIABILITY PARTNERSHIP

**\*\*\*\*\* BUSINESS COMMENCEMENT DATE:**

5. THE REGISTRANT(S) COMMENCED TO TRANSACT BUSINESS UNDER THE FICTITIOUS BUSINESS NAME(S) LISTED ABOVE ON: (A FUTURE DATE IS NOT ALLOWED. PLEASE INSERT N/A IF DATE IS IN FUTURE.)

DATE: March 1, 2007

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE OR COMMON LAW. (SEE B&P CODE §14411 ET SEQ.)

NAME: (PRINT NAME OF PERSON SIGNING. IF CORPORATION, ALSO PRINT CORPORATE TITLE OF OFFICER. IF LLC, ALSO PRINT TITLE OF OFFICER OR MANAGER.)

6. Gary Wisham, Director of Operations

7. "I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT." (A REGISTRANT WHO DECLARES AS TRUE INFORMATION THAT WHICH HE OR SHE KNOWS TO BE FALSE IS GUILTY OF A MISDEMEANOR.) B&P Code §17913(c).

SIGNATURE: _____

NOTICE: IN ACCORDANCE WITH SUBDIVISION (a) OF §17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF §17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO §17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION DATE.

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

Jim McCauley
County Clerk

BY: C. Wheeler
Deputy

RENEW PRIOR TO: 01/13/2017

FILE NUMBER: **12-00098**

DISTRIBUTION:
1 - FILE COUNTY CLERK
2 - FOR NEWSPAPER PUBLICATION (WHEN REQUIRED)
3 - FOR BANK AND OTHER REQUIRED NEEDS (CERTIFIED)
4 - REGISTRANT'S COPY