1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1646 N. California Blvd., Suite 450
3  Walnut Creek, California  94596
   Telephone: (925) 274-0200
4  Email: *larry@glennwechsler.com*

5  Attorneys for Defendant
   G & P ENTERPRISES, LLC, d/b/a
6  ALLIED TRUSTEE SERVICES

7           **IN THE UNITED STATES BANKRUPTCY COURT**

8

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                    **SACRAMENTO DIVISION**

11

12  In re:                          )   Case No.:    12-29353-B-11
                                    )   Adv. No.:    13-02132-B
13  DANIEL MAJOR EDSTROM,           )
                                    )   Chapter 11
14          Debtor.                 )
                                    )
15  _____   )   Assigned to:
                                    )   Honorable Thomas N. Holman,
16  DANIEL MAJOR EDSTROM,           )   U.S. Bankruptcy Judge
                                    )
17          Plaintiff,              )   Docket Control No. LDH-2
                                    )
18  vs.                             )   **CERTIFICATE OF SERVICE**
                                    )
19  AUBURN LAKE TRAILS PROPERTY     )
20  OWNERS ASSOCIATION, a California non-  )   Date:     October 29, 2013
    profit mutual benefit corporation, et al.,  )   Time:     9:32 a.m.
21                                  )   Ctrm:     32, 6th Floor
                                    )   Dept:     B
22          Defendants.             )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25  _____   )

26  ///

27  ///

28  ///

CERTIFICATE OF SERVICE – PAGE 1 OF 3
ADV. PROC. NO.: 13-02132-B

I, BARBARA KENNICK, declare that:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1646 N. California Blvd, Ste. 450, Walnut Creek, California 94596.

On September 6, 2013, I served the within:

- **NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES**
- **REQUEST FOR JUDICIAL IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**
- **ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STAET A CLAIM WITH PREJUDICE**

on the interested parties in this action by placing true and correct copies in the United States Mail at Walnut Creek, California, addressed as follows:

[X]      (By E-Mail) through the Court's ECF Program

[X]      (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Walnut Creek, California.

[X]      (By Mail [State]) I am readily familiar with the Law Offices of Glenn H. Wechsler's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[X]      Executed on September 6, 2013, at WALNUT CREEK, California.

[X]      (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]      (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

_____
BARBARA KENNICK

ADV. PROC. NO.: 13-02132- B
DEBTOR: DANIEL MAJOR EDSTROM

## <u>INTERESTED PARTIES</u>

**SERVICE BY MAIL:**

Daniel Major Edstrom
2690 Brown Bear Court
Cool, CA 95614-2413
**DEBTOR**

Bradley J. Epstein, Esq.
3001 Lava Ridge Ct., Ste. 130
Roseville, CA  95661
**Attorney for Defendant AUBURN LAKE TRAILS PROPERTY OWNERS ASSOC.**

G:\Barbara\E FILINGS\CERTIFICATES OF SERVICE\COS - Allied Edstrom- East District BK Ct - Judge Holman.doc