Bradley J. Epstein (CA State Bar No. 171567)
bepstein@angius-terry.com
Sam Y. Chon (CA State Bar No. 197246)
schon@angius-terry.com
ANGIUS & TERRY LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone:  (916) 567-1400
Facsimile:  (916) 567-1401

Attorneys for Defendant
Auburn Lake Trails Property Owners Association

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| IN RE DANIEL MAJOR EDSTROM<br><br>Debtor,<br><br>DANIEL MAJOR EDSTROM<br><br>Plaintiff,<br>v.<br><br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION, a California non-profit mutual benefit corporation; et al.<br><br>Defendants. | Case No.: 12-29353-B-11<br><br>Chapter 11<br><br>Adv. Proc. No.: 13-02132-B<br><br>Docket Control No.  ATL-2<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing date: October 29, 2013<br>Time:  9:32 a.m.<br>Courtroom: 32<br>Department: B<br><br>Hon. Thomas C. Holman |

PLEASE TAKE NOTICE that on October 29, 2013, at 9:32 a.m., or as soon thereafter as the matter may be heard, in Courtroom 32, of the above entitled Court located at 501 I Street, 6th Floor, Sacramento, CA, before the Honorable Thomas C. Holman, Defendant, Auburn Lake Trails Property Owners Association (the "Association" or "ALT") will move this Court for an Order dismissing Plaintiff's First Amended Complaint.

//

---

NOTICE OF MOTION TO DISMISS

1

1  If Plaintiff-Debtor opposes the Association's motion, such opposition shall be in writing and shall be served and filed with the court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. The Association's counsel Bradley J. Epstein and Sam Y. Chon with the law firm of Angius & Terry LLP, must be served with any opposition at Angius & Terry LLP 3001 Lava Ridge Court, Suite 130, Roseville, CA 95661.

Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Tentative rulings, dispositions without oral argument, matters resolved without oral argument, and matters continued for evidentiary hearings are posted prior to the scheduled hearing on the Court's Internet site, www.caeb.uscourts.gov, at the "Pre-hearing Dispositions" link. Parties appearing by telephone must download and review all pre-hearing dispositions before the hearing. Failure to do so may result in the imposition of sanctions, including taking the matter as submitted without oral argument or continuing the hearing.

This motion is based on the this Notice of Hearing, the accompanying Motion and Memorandum of Points & Authorities, the pleadings, papers and records on file in this action, and such oral argument as may be presented at the time of the hearing.

Dated: September 6, 2013                    ANGIUS & TERRY LLP

By: _/s/ Sam Y. Chon_
SAM Y. CHON
Attorneys for Defendant
Auburn Lake Trails Property Owners Association

ANGIUS & TERRY LLP
3001 Lava Ridge Court
Ste. 130
Roseville, CA 95661
(916) 567-1400

NOTICE OF MOTION TO DISMISS
2

Case 13-02132    Filed 09/06/13    Doc 64
1  Bradley J. Epstein (CA State Bar No. 171567)
   bepstein@angius-terry.com
2  Sam Y. Chon (CA State Bar No. 197246)
   scendejas@angius-terry.com
3  ANGIUS & TERRY LLP
   3001 Lava Ridge Court, Suite 130
4  Roseville, CA 95661
   Telephone:  (916) 567-1400
5  Facsimile:  (916) 567-1401

6  Attorneys for Defendant
   Auburn Lake Trails Property Owners Association
7

8
                    UNITED STATES BANKRUPTCY COURT
9
              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO
10

11 IN RE DANIEL MAJOR EDSTROM           ) Case No.: 12-29353-B-11
                                        ) Adv. Proc. No.: 13-02132-B
12              Debtor,                 )
                                        ) Docket Control No.  ATL-1
13 DANIEL MAJOR EDSTROM                 )
                                        ) Chapter 11
14                                      )
                Plaintiff,              ) **CERTIFICATE OF SERVICE**
15 v.                                   )
                                        ) Hearing date: October 29, 2013
16                                      ) Time:  9:32 a.m.
   AUBURN LAKE TRAILS PROPERTY          ) Courtroom: 32, 6th Floor
17 OWNERS ASSOCIATION, a California non-) Department: B
   profit mutual benefit corporation; et al. )
18                                      ) Hon. Thomas C. Holman
                                        )
19              Defendants.             )
                                        )
20 _____  )

21
          I, Denise M. Tacdol, declare that:
22

23        I am employed in the County of Placer, State of California, I am over the age of 18 and
   am not a party to the within action; my business address is 3001 Lava Ridge Court, Ste. 130,
24 Roseville, CA 95661.

25
          On July 16, 2013, I served the within:
26
          Notice of Motion to Dismiss Plaintiff's First Amended Complaint;
27

28
   X      (By E-Mail) through the Court's ECF Program;

---

**CERTIFICATE OF SERVICE**

1

Case 13-02132    Filed 09/06/13    Doc 64

1  X     (By Mail – Federal) I placed such envelope with postage thereon fully prepaid in the United States mail at Roseville, CA.

3  X     (By Mail – State) I am readily familiar with the practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address show above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter dates is more than one day after the date of deposit for mailed contained in this declaration.

7  X     Executed on September 6, 2013, at Roseville, California.

8  X     (State) I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10  X    (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

*Denise M. Tacdol*

INTERESTED PARTIES:

David S. Silber
240 Commercial Street, Ste. A
Nevada City, CA 95959
*Representing: Daniel Major Edstrom*

Glenn H. Wechsler
Lawrence D. Harris
Law Offices of Glenn H. Wechsler
1646 N. California Blvd., Ste. 450
Walnut Creek, CA 94596
*G&P L Enterprises, LLC, dba Allied Trustee Services*

NGIUS & TERRY LLP
01 Lava Ridge Court
Ste. 130
oseville, CA 95661
(916) 567-1400

**CERTIFICATE OF SERVICE**

2