1  DAVID S. SILBER SBN 176377
2  ATTORNEY AT LAW
   240 Commercial St. Suite A
3  Nevada City, CA 95959
   (530) 265-9529
4  (530) 687-0306 FAX
   david.silber@live.com
5  Attorney for Plaintiff and
6  Debtor-in-Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    **SACRAMENTO DIVISION**

11

12  In re DANIEL MAJOR EDSTROM,        )   CASE NO.: 12-29353-B-11
                                       )
13       Debtor-in-possession.         )   CHAPTER 11
                                       )
14  _____)   A.P. NO. 13-02132-B
                                       )
15  **DANIEL MAJOR EDSTROM, and all**  )   DC NO. ATL-2
    **others similarly situated,**    )
16                                     )   **CERTIFICATION OF SERVICE**
                                       )
17          **Plaintiffs,**             )
                                       )   Hearing:
18  v.                                 )   Date: October 29, 2013
                                       )   Time: 9:32 a.m.
19  **AUBURN LAKE TRAILS PROPERTY**    )   Ctrm.: 32
    **OWNERS ASSOCIATION A**           )   Dept: B
20  **CALIFORNIA CORPORATION; ALLIED** )
    **TRUSTEE SERVICES A CALIFORNIA**  )   Hon. Thomas C. Holman
21  **CORPORATION, a Fictitious or Ghost** )   501 I Street, 6th Floor, Sacramento,
    **Entity; G&P ENTERPRISES, A**     )   California 95814, Tel.: (916) 930-4473
22  **CALIFORNIA LIMITED LIABILITY**   )
23  **COMPANY; and DOES 1-100,**       )
                                       )
24          **Defendants.**             )
                                       )
25  _____)

26

27              **CERTIFICATION OF SERVICE**

28
                                    -1-
                            CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

1  Case Name and Number:

2      In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11, Adversary Proceeding

3  13-02132-B.

4  I, David Silber, declare:

5      I am a licensed attorney in California with SBN 176377, I am not a party to this action,

6  and my employment address is:

7    240 Commercial Street Suite A, Nevada City, CA 95959_____

8

9  On October 15, 2013, I served:

10
11      **1. PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS;**
12      **2. MEMORANDUM OF POINTS AND AUTHORITIES;**
13      **3. DECLARATION OF DANIEL EDSTROM IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAIL PROPERTY OWNERS ASSOCIATION MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT;**
14
15      **4. [PROPOSED] ORDER GRANTING PLAINTIFFS OPPOSITION TO DEFENDANT AUBURN LAKE TRAIL PROPERTY OWNERS ASSOCIATION'S S MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT;**
16
17  on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)

18  in the following manner:

19  ____ (BY MAIL) I am readily familiar with the business' practice for collection and processing

20  of correspondence for mailing with the United States Postal Service, and that I caused each of

21  the above document(s) to be placed in a sealed envelope, with first class postage thereon fully

22  prepaid, and deposited with the United States Postal Service this same day in the ordinary course

23  of business at my place of employment, addressed as follows:

24  ____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed

25  in a sealed envelope for use designated by and deposited with [name of express carrier], for

26  overnight delivery with delivery fees fully prepaid, addressed as follows:

27

28

1   _____ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents

2 to be transmitted by electronic email device with from email address sdrinvest@gmail.com this

3 same date to the offices of the following:

4   __XXX__ (BY ELECTRONIC SERVICE THROUGH THE PACER ECF SYSTEM) I caused each

5 of the above documents to be entered into the Pacer ECF system in the Eastern District of

6 California, Sacramento Division with electronic mail submission to each of the following:

7

8   - **See attached exhibit**

9

10   _____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each

11 of the above documents, sealed in an envelope, to the offices of the following:

12   _____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be

13 transmitted by facsimile device this same date to the offices of the following:

14     I, David Silber, declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct.

16 Dated: October 15, 2013

17

18 By:    __/s/ David Silber__

19      David Silber, Declarant

20

21

22

23

24

25

26

27

28

-3-
CERTIFICATION OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. Auburn Lake Trails: A.P. No. 13-02132-B

Bradley J. Epstein and Susana C. Cendajas
Angius & Terry LLP
3001 Lava Ridge Court, Suite 130
Roseville, CA 95661
**Attorneys for Auburn Lake Trails POA**

Glenn H. Wechsler and Lawrence D. Harris
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd, Suite 450
Walnut Creek, CA 94596
**Attorneys for G&P Enterprises LLC**