Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd., Suite 450
Walnut Creek, California 94596
Telephone: (925) 274-0200
Email: *larry@glennwechsler.com*

Attorneys for Defendant
G & P ENTERPRISES, LLC, d/b/a
ALLIED TRUSTEE SERVICES

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL MAJOR EDSTROM,<br><br>Debtor.<br><br>_____<br><br>DANIEL MAJOR EDSTROM,<br><br>Plaintiff,<br>vs.<br><br>AUBURN LAKE TRAILS PROPERTY OWNERS ASSOCIATION, a California non-profit mutual benefit corporation, et al.,<br><br>Defendants.<br>_____ | Case No.:   12-29353-B-11<br>Adv. No.:   13-02132-B<br><br>Chapter 11<br><br>Assigned to:<br>Honorable Thomas N. Holman,<br>U.S. Bankruptcy Judge<br><br>Docket Control No. LDH-2<br><br>**<u>CERTIFICATE OF SERVICE</u>**<br><br>Date:      October 29, 2013<br>Time:      9:32 a.m.<br>Ctrm:      32, 6th Floor<br>Dept:      B |

///

///

///

CERTIFICATE OF SERVICE – PAGE 1 OF 3
ADV. PROC. NO.: 13-02132-B

I, LISA MARX, declare that:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1646 N. California Blvd, Ste. 450, Walnut Creek, California 94596.

On October 22, 2013, I served the within:

- **REPLY TO PLAINTIFF'S OPPOSITION TO MOTION OF G & P ENTERPRISES, LLC, D/B/A ALLIED TRUSTEE SERVICES, TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

on the interested parties in this action by placing true and correct copies in the United States Mail at Walnut Creek, California, addressed as follows:

[X]      (By E-Mail) through the Court's ECF Program

[X]      (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Walnut Creek, California.

[X]      (By Mail [State]) I am readily familiar with the Law Offices of Glenn H. Wechsler's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[X]      Executed on October 22, 2013, at WALNUT CREEK, California.

[X]      (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]      (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

_____
LISA MARX

ADV. PROC. NO.: 13-02132- B
DEBTOR: DANIEL MAJOR EDSTROM

## INTERESTED PARTIES

**SERVICE BY MAIL:**

Daniel Major Edstrom
2690 Brown Bear Court
Cool, CA 95614-2413
**DEBTOR**

Bradley J. Epstein, Esq.
3001 Lava Ridge Ct., Ste. 130
Roseville, CA 95661
**Attorney for Defendant AUBURN LAKE TRAILS PROPERTY OWNERS ASSOC.**

G:\Barbara\E FILINGS\CERTIFICATES OF SERVICE\COS - Allied Edstrom- East District BK Ct - Judge Holman - Reply.doc