# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom v. Auburn Lake Trails Property Owners Association et | **Case No :** | 12–29353 – B – 11 |
| | | **Adv No :** | 13–02132 – B |
| | | **Date :** | 10/29/13 |
| | | **Time :** | 09:32 |
| **Matter :** | [59] – Motion/Application to Dismiss Case [LDH–2] Filed by Defendant G&P Enterprises (jris) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

Disposition Without Oral Argument: Oral argument will not aid the court in rendering a decision on this matter.

The matter is deemed submitted on the papers. The court will issue a written disposition and order.