# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom v. Auburn Lake Trails Property Owners Association et | **Case No :** | 12–29353 – B – 11 |
| | | **Adv No :** | 13–02132 – B |
| | | **Date :** | 11/13/13 |
| | | **Time :** | 09:30 |
| **Matter :** | [1] – (21 (Validity, priority or extent of lien or other interest in property)),(72 (Injunctive relief – other)),(81 (Subordination of claim or interest)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Complaint by Daniel Major Edstrom against Auburn Lake Trails Property Owners Association, Allied Trustee Services, G&P Enterprises. Fee Amount of $293.00 is Exempt. (pdes) Modified on 8/26/2013 (jris). SEE AMENDED COMPLAINT FILED 08/25/13. | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Oral argument will not aid the court in rendering a decision on this matter.

IT IS ORDERED that this status conference is continued to December 18, 2013, at 9:30 a.m. for resolution of the motions to dismiss taken under submission on October 29, 2013.

Dated: November 18, 2013

Thomas C. Holman
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Sam Chon
1451 River Park Dr #285
Sacramento, CA 95815

Daniel Edstrom
2690 Brown Bear Ct
Cool, CA 95614

Bradley Epstein
3001 Lava Ridge Ct., Ste 130
Roseville, CA 95661

Lawrence Harris
1646 N. California Blvd., Ste. 450
Walnut Creek, CA 94596

David Silber
240 Commercial Street; Suite A
Nevada City, CA 95959