FORM L19 Notice of Entry of Order/Judgment in an Adversary Proceeding   (v.1.07)                                    13–02132 – B



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**11/18/13**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>jris |

### NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| In re<br><br>Daniel Major Edstrom<br><br>                                         Debtor(s). | **Bankruptcy Case No.**<br><br>12–29353 – B – 11 |
|---|---|
| Daniel Major Edstrom<br><br>                                         Plaintiff(s),<br><br>v.<br>Auburn Lake Trails Property Owners Association<br>et al.<br><br>                                         Defendant(s). | **Adversary Proceeding No.**<br><br>13–02132 – B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on November 18, 2013. The document number and docket text for this order/judgment are set forth below.

  **[79] – Civil Minute Order/Order to Continue Hearing Re: 1 Complaint ; Hearing to be held on 12/18/2013 at 09:30 AM at Sacramento Courtroom 32, Department B. (jris)**

Dated:
11/18/13

For the Court,
Wayne Blackwelder , Clerk